## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEFF HULBERT, et al** | * | |
| **Plaintiffs** | * | |
| **v.** | * | **Case No. 1:18-cv-00461-GLR** |
| **SGT. BRIAN T. POPE, et al** | * | |
| **Defendants** | * | |

## <u>MOTION TO DISMISS</u>

The Defendants, Sgt. Brian T. Pope and Colonel Michael Wilson, by and through their attorneys, moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the plaintiffs' complaint filed in this proceeding (the "Complaint") on the grounds that it fails to state a claim upon which relief can be granted. In support of this motion, the Defendants append their Memorandum of Law in Support of Motion to Dismiss as a part hereof.

Respectfully submitted,

BRIAN E. FROSH, Attorney General of Maryland

_____/s/_____

Robert A. McFarland, Assistant Attorney General, Department of General Services
Federal Bar No. 10095
300 W. Preston Street, Room 608
Baltimore, MD 21201
(410) 767-4514
robert.mcfarland@maryland.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 9th day of April, 2018, a copy of this Motion and the Memorandum of Law were served by the Court's electronic case filing system pursuant to Fed. R. Civ. P. 5(d)(3) and Local Rule 102.1(c) and (d) to Cary Johnson Hansel, III, Esquire; Erienne Sutherell, Esquire; and Justin Stefanson, Esquire, attorneys for the Plaintiffs.


_____/s/_____
Robert A. McFarland, Esquire