IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEFF HULBERT, et al** | * | |
|    **Plaintiffs** | * | |
| **v.** | * | **Case No. 1:18-cv-00461-GLR** |
| **SGT. BRIAN T. POPE, et al** | * | |
|    **Defendants** | * | |

**ORDER GRANTING MOTION TO DISMISS**

Upon consideration of the Defendants' Motion to Dismiss under Fed. R. Civ. P. 12(b)(6), and any response thereto, good cause having been shown to grant relief, it is hereby

ORDERED by the United States District Court for the District of Maryland that the Complaint filed in this case is hereby DISMISSED.

_____    _____
Date                                                                        Hon. George L. Russell, Judge, United States
                                                                                  District Court for the District of Maryland