UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**George L. Russell, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

April 24, 2019

MEMORANDUM TO COUNSEL RE:   Jeff Hulbert, et al. v. Sgt. Brian T. Pope, et al.
Civil Action No. GLR-18-461

Dear Counsel:

Today, the Court convened a teleconference to discuss the schedule in this case. This memorandum memorializes the agreements reached during the call.

The parties shall notify the Court regarding whether there is unanimous consent to transfer the case to a United States Magistrate Judge ("USMJ") for all further proceedings by 4:30 p.m. on Friday, April 26, 2019. The parties shall submit a joint proposed modified scheduling order by 4:30 p.m. on Tuesday, April 30, 2019.

The Court will refer this case to a USMJ for a mediation to be scheduled no earlier than July 2, 2019. The parties shall submit a joint status report within seven (7) days of the mediation informing the Court of whether the mediation was successful. If the mediation was successful, the parties shall submit a notice of dismissal.

The Court allocates forty (40) deposition hours per side for fact witnesses.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
George L. Russell, III
United States District Judge