# HANSEL LAW, PC
## TRIAL AND APPELLATE COUNSEL

ERIENNE A. SUTHERELL
Attorney at Law

2514 North Charles Street
Baltimore, Maryland 21218
www.hansellaw.com

Direct Dial: 301-461-1040
Facsimile:  443-451-8606
esutherell@hansellaw.com

April 26, 2019

The Honorable George L. Russell, III
United States District Judge
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: Re: *Jeff Hulbert, et al. v. Sgt. Brian Pope, et al.*, Civil Action No. GLR-18-461

Dear Judge Russell,

This letter is submitted on behalf of all the parties pursuant to this Honorable Court's request during the scheduling conference held on Wednesday, April 24, 2019.

The parties have further conferred and there is not unanimous consent to this matter being referred to a United States Magistrate Judge for all further proceedings. Thank you for this additional opportunity to consider this issue.

Respectfully submitted,

Erienne A. Sutherell

cc: Counsel of Record