**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JEFF HULBERT, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil No: 1:18-CV-00461 GLR |
| SGT. BRIAN T. POPE, *et al.*, | * | |
| *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 104.7, I hereby certify that on September 17, 2019, counsel for Lt. Governor Boyd Rutherford (Robert Scott and Jennifer Katz) and counsel for Plaintiffs (Cary Hansel) conferred regarding the subpoena *ad testificandum* issued to Lt. Governor Rutherford. At Plaintiff's counsel's request, the conference was conducted via email exchange.

Counsel for Lt. Governor Rutherford has on three occasions, September 11, 12, and 17, requested via email that Plaintiff's counsel identify the information Plaintiffs believe Lt. Governor Rutherford, a non-party, possesses that is relevant to the litigation and would justify him taking time away from his official duties to give a deposition in the case, and why the information could not be obtained by less burdensome means. In response, Plaintiffs have merely suggested that Lt. Governor Rutherford's counsel review the discovery that has been produced by the Defendants in the litigation and has refused to

provide any additional information. The issue requiring resolution by the Court is whether Plaintiffs have met their burden to show the existence of exceptional circumstances that warrant the deposition of Lt. Governor Rutherford, a high-ranking government official, in this case.

/s/ *Jennifer L. Katz*
JENNIFER L. KATZ (Bar. No. 28973)
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
jkatz@oag.state.md.us
(410) 576-7005; (410) 576-6955 (fax)