**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JEFF HULBERT, *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil No: 1:18-CV-00461 GLR |
| SGT. BRIAN T. POPE, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the motion to quash the deposition subpoena served on Lt. Governor Boyd K. Rutherford and for protective order, together with any responses filed thereto, it is this _____ day of _____, 2019, hereby,

**ORDERED** that Lt. Governor Rutherford's Motion is **GRANTED**; and it is further

**ORDERED** that the deposition subpoena served on Lt. Governor Rutherford is **QUASHED**; and it is further

**ORDERED** that Plaintiffs shall NOT be permitted to take the deposition of Lt. Governor Boyd Rutherford in the above-captioned case

.

_____
United States District Judge