IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Jeff Hulbert, *et al*.<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>Sgt. Brian Pope, *et al*.<br><br>　　　　*Defendants*. | Civil No.: 1:18-CV-00461-GLR |

**ORDER**

Upon consideration of Defendants' Motion to Extend Time to File Responsive Pleading and the Opposition thereto, it is hereby

**ORDERED**, that Plaintiffs' Motion to Strike Affidavit and Reply and/or Motion to File Sur-reply motion is **GRANTED**; and it is further

**ORDERED**, that Plaintiffs' Sur-reply to Defendants' Motion to Quash Subpoena and for Protective Order is accepted for filing as of October 25, 2019.

**AND/OR**

**ORDERED**, that Lieutenant Governor Boyd K. Rutherford's Reply in Further Support of Motion to Quash Subpoena and for Protective Order is hereby **STRICKEN**.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable George Levi Russell, III,
　　　　　　　　　　　　　　　　　　　　　　　Judge, U.S. District Court for the
　　　　　　　　　　　　　　　　　　　　　　　District of Maryland