```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF MARYLAND

 3

 4     JEFF HULBERT, et al.,

 5              Plaintiffs

 6        vs.                              Civil Action No.

 7     SGT. BRIAN T. POPE, et al.,         1:18-CV-02317 GLR

 8              Defendants

 9     _____/

10

11              The deposition of LAKESHIA URICA WESBY was

12     held on Monday, October 21, 2019, commencing at 10:21

13     a.m., at the Law Offices of Hansel Law P.C., 2514 North

14     Charles Street, Baltimore, Maryland 21218,

15     before R. Dwayne Harrison, a Notary Public.

16

17

18

19

20

21     REPORTED BY: R. Dwayne Harrison
```

**Exhibit A**

1   your detachment in Annapolis.

2            Am I right about that?

3       **A      No, because the major that's in Baltimore**

4   **is the major over the whole entire detachment.**

5       Q      Got it.  I think I understand.

6            Now, when you get calls from the staff's,

7   let's say, by or on behalf of elected and appointed

8   officials -- that would include their staff, their

9   aids, their secretaries, that kind of thing, when you

10  get calls by or on behalf of elected officials that

11  they'd rather not interact with people on or near

12  Lawyers Mall, is there a particular rank of person that

13  you like to forward those to?

14           MR. FREDRICKSON:  Objection.

15           MR. MCFARLAND:  Objection.

16      Q      Like the lieutenant, the sergeant, the

17  major, the captain?  Is there a particular rank?

18      **A      Usually the sergeant.  It goes to the**

19  **sergeant.**

20      Q      And who is the -- at this point in time, so

21  now we're -- I'm stepping back into asking you a little

1  bit about the situation with my clients.

2         In February of 2018, who was the sergeant
3  that you would forward a call like that to?

4     **A    It would have been Sergeant Pope.**

5     Q    Okay.  So in the ordinary course -- we're
6  going to get to what happened specifically in my
7  client's situation.  But in the ordinary course, if you
8  got a call like that, you would -- once you understood
9  the nature of the call, you would say to the caller
10 please hold, I'd like to forward it to a sergeant.

11        Is that fair?

12    **A    Yes.**

13    Q    And I take it one of the reasons -- let's
14 talk about -- again, I may ask you some questions that
15 are obvious in your field and I apologize, but we're
16 trying to make sure everybody understands.

17        In a situation where a member of the public
18 calls and let's suppose the member of the public said
19 there are people in Lawyers Mall -- on or around
20 Lawyers Mall that I'd rather not interact with and I'd
21 like somebody to do something about it, I'm guessing

1   that call from a member of public would not get

2   forwarded to the sergeant.

3           Am I right about that?

4       **A      It would go to the sergeant.**

5       Q       Oh, even that?

6       **A      Yes.**

7       Q       Have you ever had one from a member of the

8   public?

9       **A      No.**

10      Q       So we're talking about elected and

11  appointed officials.  Again, as I understand what

12  you're telling me -- because I'm just trying to make

13  sure we're talking about the same calls.  Going

14  forward, we're talking about calls from elected and

15  appointed officials or their staffs or people calling

16  on their behalf who are aware there are people on or

17  near Lawyers Mall, don't want to interact with them and

18  want the police help in either avoiding them or moving

19  them.

20          Is that -- you've told me that happens,

21  right?

1    **A      Yes.**

2    Q       All right.  I think you told me about twice

3    a month; is that right?

4    **A      Yes.**

5    Q       All right.  So then when those calls come

6    in, once you ascertain that's the nature of the call,

7    you forward it to the sergeant; am I right?

8    **A      Yes.**

9    Q       And you've told me you never got a call

10   like that from the public.  It's always by or on behalf

11   elected or appointed officials?

12   **A      Yes.**

13   Q       And when those calls come in and you

14   forward them then to the sergeant, but do you have any

15   more to do with them after that?

16   **A      No.  Usually the sergeant can come up and**

17   **he may say send whoever, whoever our mobile unit is.**

18   Q       And then is it your responsibility to

19   communicate with the mobile unit or does the sergeant

20   do that directly or does it sometimes happen that it's

21   both?

1  **definitely wouldn't want to email.**

2  Q    Sure.

3  **A    So we would tell him over the radio or over**
4  **the phone or if they are in the office.**

5  Q    And that's because these types of messages,
6  when elected or appointed officials or people on their
7  behalf call about moving or avoiding interaction with
8  people on or near Lawyers Mall, those types of messages
9  are treated somewhat urgently by your office; is that
10 right?

11         MR. FREDRICKSON:  Objection to the form.

12         MR. MCFARLAND:  Objection.

13 Q    Is that right?

14 **A    Yes.**

15 Q    In other words, they're too urgent for
16 email, you said.  You want to get to the sergeant right
17 away?

18 **A    Yes.**

19 Q    And that's because of the importance of the
20 people who's calling; is that right?

21 **A    Yes.**

1     Q      Now, the --okay.  When these types of calls

2  come in, you said you then interact with the sergeant

3  in the way you've described and I'll just adopt that,

4  and then sometimes it's you and sometimes it's the

5  sergeant who communicates direction to other officers.

6            Do I have that correct?

7     A      Yes.

8     Q      And when it is you, I'm guessing, based on

9  a lot of years of experience, that you just communicate

10 whatever the sergeant tells you to do; is that fair?

11    A      Yes.

12    Q      So the sergeant might say to you, for

13 instance, you know, have somebody go move those people

14 to another area and you just communicate that to the

15 officer in the field; is that right?

16    A      Yes.

17    Q      Okay.  And that kind of direction certainly

18 you've received before, right?

19    A      Yes.

20    Q      All right.  And you've received that after

21 one of these types of calls we're talking about

1  obviously, right?

2          MR. FREDRICKSON:  Objection.

3      Q   Is that yes?

4      **A   Yes.**

5      Q   And so is that the usual approach?  Is that

6  sort of -- you said you get these a couple times a

7  month.

8          Is that the usual response, to have the

9  officer in the field move people?

10         MR. FREDRICKSON:  Objection.

11         MR. MCFARLAND:  Objection.

12     **A   Yes.**

13     Q   And then when -- and you've described

14 sometimes you give that instruction yourself, but only

15 with -- at the direction of the sworn officer; is that

16 right?

17     **A   Yes.**

18     Q   Fair enough.  And then other times that

19 sworn officer gives the direction and you've either

20 heard or observed that happen; is that right?

21     **A   The other sworn officer?**

1    Q    I'm sorry.  Let me slow down.  Sure.

2         So when a call of the nature we're

3    discussing comes in and you communicate it to the

4    sergeant, we have described I think what happens if the

5    sergeant tells you to communicate with somebody in the

6    field and how that happens.  You mentioned to me

7    earlier it can also happen that the sergeant

8    communicates directly with somebody in the field.

9         And so what I'm asking now is:  Have you

10   observed that communication either by hearing it as you

11   sit there, seeing it if it's verbal?

12        Have you observed the sergeant

13   communicating this information to people?

14   **A    Yes.**

15   Q    And so since you've observed it, then my

16   next question is:  Is it the same type of direction

17   that the sergeant sometimes asks you to give, in other

18   words, let's move those people to another area, that

19   type of thing?

20   **A    Yes.**

21   Q    Okay.  All right.