```
1           IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF MARYLAND

3

4   JEFF HULBERT, et al.,       :

5           Plaintiffs          :

6      vs.                      :

7   SGT. BRIAN T. POPE,         :   CIVIL ACTION NUMBER:

8   et al.                      :   1:18-CV-02317 GLR

9           Defendants          :

10                    --------------------

11

12       Deposition of COLONEL MICHAEL S. WILSON,

13   taken on Tuesday, August 19, 2019, at 3:34 p.m.,

14   at Hansel Law, 2514 North Charles Street,

15   Baltimore, Maryland, before Linda A. Crockett,

16   Notary Public.

17

18                    --------------------

19

20   Reported by:

21   Linda A. Crockett
```

**Exhibit B**

1  what initiated this process?

2  **A.  I learned about that phone call probably**

3  **two or three days after the initial arrest.**

4  Q.  Okay.  Had you known about that phone

5  call at the time, and that the -- you agree with

6  me, it was that phone call that you learned later

7  that generated the police action ultimately,

8  right?

9  **A.  Perhaps.**

10 Q.  Okay, but put the process in motion?

11 **A.  Yes.**

12 Q.  Had you known at the time that what put

13 the process in motion was that phone call, would

14 you have said or done anything differently?

15          MR. FREDERICKSON:  Objection.  You may

16 answer.

17          THE WITNESS:  Repeat your question.

18          BY MR. HANSEL:

19 Q.  Sure.  Had you known at the time that it

20 was that phone call that put the process in

21 motion, would you have said or done anything

1  **A. Yes.**

2  Q. And the executive protection folks are
3  employed by the State of Maryland?

4  **A. Yes, the state police.**

5  Q. That's what I was going to get to. The
6  specific agency is the Maryland State Police, is
7  that right?

8  **A. Yes, sir.**

9  Q. Once -- when you were in this position
10 of being thrown under the bus here and you're
11 looking to figure out where the call came from
12 and what happened, did you communicate with
13 anyone to the effect that -- to explain what had
14 happened, the call came from the Maryland State
15 Police over at the governor's mansion?

16 **A. No.**

17 Q. To whom did you give that information,
18 or did you just keep it and wait until something
19 came up?

20 **A. I gave that information to our**
21 **secretary, Secretary Churchill.**

1   Q.  Secretary Churchill, what do you mean by

2   secretary?  You and I know, but --

3       **A.  So, he is a governor's cabinet member**

4   **and Secretary of the Department of General**

5   **Services, which is who we answer to.**

6       Q.  And other than providing that

7   information to Secretary Churchill, did you

8   provide it to anyone else?

9       **A.  Not to my knowledge.**

10      Q.  How did you provide it, a letter, an

11  email, a text?

12      **A.  Probably a phone call, the best I can**

13  **recall.**

14      Q.  Now if I were in situation like you were

15  in, in addition to verbally saying it on the

16  phone I would probably want to make sure the

17  secretary had the recording and had the records.

18  Did you also send other information other than

19  just the call to the secretary?

20      **A.  I might have sent him an email with the**

21  **recording in it.  I'm not sure about that.**