**Ashton Zylstra**

| | |
|---|---|
| **From:** | Cary Hansel |
| **Sent:** | Friday, October 25, 2019 4:04 PM |
| **To:** | Ashton Zylstra |
| **Subject:** | FW: Hulbert |

-----Original Message-----
From: Cary Hansel
Sent: Tuesday, October 15, 2019 3:18 PM
To: John Fredrickson -DGS- <john.fredrickson@maryland.gov>
Cc: Robert McFarland -DGS- <robert.mcfarland@maryland.gov>
Subject: RE: Hulbert

John, I thought I'd have the State's document production by now.  When can you get it to me?
Thanks,
Cary

-----Original Message-----
From: John Fredrickson -DGS- [mailto:john.fredrickson@maryland.gov]
Sent: Friday, October 4, 2019 12:01 PM
To: Cary Hansel <Cary@hansellaw.com>
Subject: Re: Hulbert

Will do, thanks

John C. Fredrickson
Assistant Attorney General
Maryland Department of General Services
300 W. Preston Street, Room 608
Baltimore, Maryland 21201
Telephone Number: (410) 767-1825



On Fri, Oct 4, 2019 at 11:53 AM Cary Hansel <Cary@hansellaw.com> wrote:
>
> Sure.  Call the cell anytime today: 301-526-4749.
>
> -----Original Message-----
> From: John Fredrickson -DGS- [mailto:john.fredrickson@maryland.gov]
> Sent: Friday, October 4, 2019 11:52 AM
> To: Cary Hansel <Cary@hansellaw.com>
> Subject: Hulbert
>
> Cary:  Let me know if you have a few minutes this p.m. to finalize depo dates, etc.  Thanks,
>
> John C. Fredrickson

1

Exhibit E

> Assistant Attorney General
> Maryland Department of General Services
> 300 W. Preston Street, Room 608
> Baltimore, Maryland 21201
> Telephone Number: (410) 767-1825

2