**Ashton Zylstra**

| | |
|---|---|
| **From:** | Cary Hansel |
| **Sent:** | Friday, October 25, 2019 4:04 PM |
| **To:** | Ashton Zylstra |
| **Subject:** | FW: Hulbert |

-----Original Message-----
From: John Fredrickson -DGS- [mailto:john.fredrickson@maryland.gov]
Sent: Wednesday, October 16, 2019 8:49 AM
To: Cary Hansel <Cary@hansellaw.com>
Subject: Re: Hulbert

Cary:  I have a hearing this morning.  Will try and catch up to you around noon.  As for State's documents, we first agreed to October 25th, then last week you wanted them no later than by depositions on 10/21.  I will get them to you as soon as they are received.

John C. Fredrickson
Assistant Attorney General
Maryland Department of General Services
300 W. Preston Street, Room 608
Baltimore, Maryland 21201
Telephone Number: (410) 767-1825


On Tue, Oct 15, 2019 at 4:27 PM Cary Hansel <Cary@hansellaw.com> wrote:
>
> John, I would like to speak with you when you have an opportunity.  The cell number is: 301-526-4749.
> Thanks,
> Cary
>
>
>
> -----Original Message-----
> From: Cary Hansel
> Sent: Tuesday, October 15, 2019 3:18 PM
> To: John Fredrickson -DGS- <john.fredrickson@maryland.gov>
> Cc: Robert McFarland -DGS- <robert.mcfarland@maryland.gov>
> Subject: RE: Hulbert
>
> John, I thought I'd have the State's document production by now.  When can you get it to me?
> Thanks,
> Cary
>
> -----Original Message-----
> From: John Fredrickson -DGS- [mailto:john.fredrickson@maryland.gov]
> Sent: Friday, October 4, 2019 12:01 PM



1

> To: Cary Hansel <Cary@hansellaw.com>
> Subject: Re: Hulbert
>
> Will do, thanks
>
> John C. Fredrickson
> Assistant Attorney General
> Maryland Department of General Services
> 300 W. Preston Street, Room 608
> Baltimore, Maryland 21201
> Telephone Number: (410) 767-1825
>
>
>
> On Fri, Oct 4, 2019 at 11:53 AM Cary Hansel <Cary@hansellaw.com> wrote:
> >
> > Sure.  Call the cell anytime today: 301-526-4749.
> >
> > -----Original Message-----
> > From: John Fredrickson -DGS- [mailto:john.fredrickson@maryland.gov]
> > Sent: Friday, October 4, 2019 11:52 AM
> > To: Cary Hansel <Cary@hansellaw.com>
> > Subject: Hulbert
> >
> > Cary:  Let me know if you have a few minutes this p.m. to finalize
> > depo dates, etc.  Thanks,
> >
> > John C. Fredrickson
> > Assistant Attorney General
> > Maryland Department of General Services
> > 300 W. Preston Street, Room 608
> > Baltimore, Maryland 21201
> > Telephone Number: (410) 767-1825