**Ashton Zylstra**

| | |
|---|---|
| **From:** | Cary Hansel |
| **Sent:** | Friday, October 25, 2019 4:07 PM |
| **To:** | Ashton Zylstra |
| **Subject:** | FW: Hulbert v Sgt. Pope |

**From:** Cary Hansel
**Sent:** Friday, October 25, 2019 3:15 PM
**To:** John Fredrickson -DGS- <john.fredrickson@maryland.gov>
**Subject:** Re: Hulbert v Sgt. Pope

What about the other aspects of the subpoena?


-------- Original message --------
From: John Fredrickson -DGS- <john.fredrickson@maryland.gov>
Date: 10/25/19 3:06 PM (GMT-05:00)
To: Cary Hansel <Cary@hansellaw.com>
Cc: Robert McFarland -DGS- <robert.mcfarland@maryland.gov>
Subject: Hulbert v Sgt. Pope

Cary:  I was in court in the a.m and my office is closed due to a
plumbing problem.  In my email I see that I received documents from at
least two people from our list. All of the recently delivered
documents appear to be duplicates of those produced earlier.
Regardless, I will forward copies as soon as I return to the office.

Best,

John C. Fredrickson
Assistant Attorney General
Maryland Department of General Services
300 W. Preston Street, Room 608
Baltimore, Maryland 21201
Telephone Number: (410) 767-1825

1

