**Ashton Zylstra**

---

**From:**        Cary Hansel
**Sent:**        Monday, October 28, 2019 9:45 AM
**To:**          Ashton Zylstra
**Subject:**     Fwd: Hulbert v Sgt. Pope

-------- Original message --------
From: John Fredrickson -DGS- <john.fredrickson@maryland.gov>
Date: 10/28/19 9:42 AM (GMT-05:00)
To: Cary Hansel <Cary@hansellaw.com>
Cc: Robert McFarland -DGS- <robert.mcfarland@maryland.gov>
Subject: Re: Hulbert v Sgt. Pope

Cary:  Good morning.  Although I do not agree with your summary,
forward a draft of the motion and I will determine whether to consent
to the relief.  In the meantime, I am reviewing the documents I
received on Friday.  As I told you then, my office was closed due to a
plumbing problem.  The documents must be redacted to exclude some
private identifier information and privileged communications.  I
should have them to you soon.

Best,

John C. Fredrickson
Assistant Attorney General
Maryland Department of General Services
300 W. Preston Street, Room 608
Baltimore, Maryland 21201
Telephone Number: (410) 767-1825

On Fri, Oct 25, 2019 at 3:58 PM Cary Hansel <Cary@hansellaw.com> wrote:
>
> John and Bob, we will be filling a motion to compel associated with the subpoena to the State on Monday, together
with a motion seeking a 90-day extension of the discovery deadline.
>
>
>
> A discovery extension is necessary due to the lack of a timely response to the subpoena as well as the fact that the
court has not yet resolved the motion related to the Lt. Governor.
>
>
>
> I have called your office a number of times today, but I have not been able to reach you to discuss these matters by
telephone.
>

Exhibit J

>
>
> I assume you oppose the motion to compel.
>
>
>
> Will you consent to the motion to extend the discovery?
>
>
>
> Thanks,
>
>
>
> Cary
>
>
>
>
>
> CARY J. HANSEL
>
> HANSEL LAW, PC
>
> 2514 North Charles Street
>
> Baltimore, MARYLAND 21218
>
> Direct Dial:   301-461-1040
>
> FACSIMILE:     443-451-8606
>
> Statement of Confidentiality:  The contents of this e-mail message and its attachments are intended solely for the addressee(s) hereof.  In addition, this e-mail transmission may be confidential and it may be subject to legal privilege(s) protecting communications between attorneys and their clients or amongst attorneys and/or their staff.  If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate, or otherwise use this transmission and to please notify the sender immediately.
>
> Delivery of this message to any person other than the intended recipients is not intended in any way to waive privilege or confidentiality.  If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments, if any.  Thank you.
>
> _____
>
>
>
>
>
>
>
>

>
>