On Wed, Feb 14, 2018 at 4:25 PM, Michael Wilson -DGS- <michael.wilson@maryland.gov> wrote:
> I agree with your statement. Unaware of any lawsuits at this point.
>
> Colonel Michael Wilson
> Maryland Capitol Police
> Department of General Services
> 301 W. Preston St., Room M-5
> Baltimore, Maryland 21201
> michael.wilson@maryland.gov
> 410-767-4677 (office)
>
>
> On Feb 14, 2018, at 4:12 PM, Ellington Churchill -DGS- <ellington.churchill@maryland.gov> wrote:
>
>> My recommendation for a statement:
>>
>> The department is unaware of any lawsuit being filed against General Services or the Maryland Capitol Police. That withstanding, the department will defend against any legal action.
>>
>> Thoughts?
>>
>>
>> Thanks,
>>
>> EC



Ellington E. Churchill, Jr.
Secretary
Department of General Services
301 W. Preston
Baltimore, MD 21201
ellington.churchill@maryland.gov
410-767-4960 (office)

>> On Wed, Feb 14, 2018 at 4:07 PM, Nick Cavey -DGS- <nick.cavey1@maryland.gov> wrote:
>>> Please see media inquiry from capital gazette below:
>>>
>>> ---------- Forwarded message ----------
>>> From: "Davis, Phillip" <pdavis@capgaznews.com>
>>> Date: Feb 14, 2018 4:05 PM
>>> Subject: The Capital Question
>>> To: "nick.cavey1@maryland.gov" <nick.cavey1@maryland.gov>
>>> Cc:
>>>
>>>> Hello Mr. Cavey, this is Phil from The Capital again.
>>>>
>>>> Just wanted to see if DGS has a comment on the federal lawsuit filed against Sgt. Brian T. Pope and Col. Michael Wilson. In it, Jeff and Kevin Hulbert allege that Capitol Police charged them with additional crimes after they spoke to the media about their arrest last week, saying the charges were in "retaliation."



My deadline is at 5 p.m. Thank you for your time.

--

Phil Davis

Courts/Crime Reporter for The Capital

410-280-5922



Nick Cavey
Director of Communications
Maryland Department of
General Services
301 W. Preston Street
Baltimore, Maryland 21201
Office Phone: 410-767-4958
Cell Phone: 410-688-0906

--



Nick Cavey
Director of Communications
Maryland Department of
General Services
301 W. Preston Street
Baltimore, Maryland 21201
Office Phone: 410-767-4958
Cell Phone: 410-688-0906