
Maryland

Todd May -DGS- <todd.may@maryland.gov>

## 2017-000639 (Submitted for Incident/Location): PRIMARY LEVEL:RALLY/PRESS CONFERENCE/LAWYERS MALL

1 message

**CAD.RMS@maryland.gov** <CAD.RMS@maryland.gov>
To: TODD.MAY@maryland.gov

Sun, Nov 5, 2017 at 8:20 PM

Status: Submitted on 11/05/2017 2020

Reporting User: JERRY HARRIS

Reference # 2017-000639

Date/Time Reported: 11/05/2017 1200

Date/Time Occurred: 11/05/2017 1201 to 11/05/2017 1300

Incident Type: RALLY/PRESS CONFERENCE

Location : LAWYERS MALL

Synopsis:
A group of about 40 men with Patriot Picket shirts show up unscheduled at Lawyers Mall.

Narrative:
On Sunday at 1210hrs I was instructed by Sgt Lewis to report to Lawyers Mall For an unscheduled rally. The Rally consisted of about 40 men with 2nd amendment signs and shirts which said Patriot Picketers. A spokes person could not be located in this group. The group remained in front of Lawyers mall on the College ave side for about an hour and a half. They then walked around Church Circle and turned right on West street. The group did not return to Lawyers Mall and the Rally ended without incident. All these events took place in Annapolis Md.

📄 2017-000639_8577.pdf
94K


Exhibit L

Case Number 2017-000639



Department of General Services Maryland Capitol Police
ANNAPOLIS DETACHMENT
29 ST. JOHNS ST.
ANNAPOLIS, MD, 21401

## Case Report

**Reported by:** HARRIS, JERRY

| Incident Types Label | | Offender | Incident Disposition |
|---|---|---|---|
| PRIMARY LEVEL : RALLY/PRESS CONFERENCE | | | |

| Report Disposition | Method of Reporting | Related Number: |
|---|---|---|
| OPEN | | 2017-11-05-32103 |

| Report Recorder | Manager/Supervisor On Duty | Manager/Supervisor Notified |
|---|---|---|
| HARRIS, JERRY | | |

| Incident Occurred Date | Incident Occurred End Date | Incident Discovered / Called In |
|---|---|---|
| 11/05/2017 at 1201 | 11/05/2017 at 1300 | 11/05/2017 at 1200 |

| Location | Specific Location |
|---|---|
| LAWYERS MALL | LAWYERS MALL AND COLLEGE AVE. |

**Report Synopsis/Overview**

A group of about 40 men with Patriot Picket shirts show up unscheduled at Lawyers Mall.

**Narrative text**

On Sunday at 1210hrs I was instructed by Sgt Lewis to report to Lawyers Mall For an unscheduled rally. The Rally consisted of about 40 men with 2nd amendment signs and shirts which said Patriot Picketers. A spokes person could not be located in this group. The group remained in front of Lawyers mall on the College ave side for about an hour and a half. They then walked around Church Circle and turned right on West street. The group did not return to Lawyers Mall and the Rally ended without incident. All these events took place in Annapolis Md.

| Prepared By: HARRIS, JERRY(A17 HARRIS) | Submitted Date 11/05/2017 2020 |
|---|---|
| Signature | Reviewed By/Date |