10/21/2019 Maryland.gov Mail - 2017-000607 (Submitted for Incident/Location): PRIMARY LEVEL:RALLY/PRESS CONFERENCE/ANNAPOLIS :P...

Case 1:18-cv-00461-SAG   Document 40-14   Filed 10/28/19   Page 1 of 2



**Maryland**

Todd May -DGS- <todd.may@maryland.gov>

## 2017-000607 (Submitted for Incident/Location): PRIMARY LEVEL:RALLY/PRESS CONFERENCE/ANNAPOLIS :PUBLIC STREET:BLADEN STREET

1 message

CAD.RMS@maryland.gov <CAD.RMS@maryland.gov>
To: TODD.MAY@maryland.gov

Thu, Oct 19, 2017 at 7:57 PM

Status: Submitted on 10/19/2017 1957

Reporting User: SANDRA HERNDON

Reference # 2017-000607

Date/Time Reported: 10/19/2017 1722

Date/Time Occurred: 10/19/2017 1730 to 10/19/2017 1900

Incident Type: RALLY/PRESS CONFERENCE

Location : ANNAPOLIS : PUBLIC STREET : BLADEN STREET

Synopsis:
Unscheduled protest on College Ave and Bladen St.

Narrative:
On October 19, 2017 at approximately 1730 hours, A32 advised of an unscheduled rally on College Ave and Bladen St. Upon my arrival, I met with the rally coordinator who identified his self as Jeff Holburt. He advised that he would have a group "Patriot Picket" of approximately 6-8 people protesting from the recent active shooter incident that occurred on October 18, 2017 in Harford County. Mr. Holburt and his group were peaceful and standing on the public sidewalk on College Ave and Bladen Street. No incidents occurred during the demonstration. The demonstration occurred from 1800-1900.
All events occurred in Annapolis, State of Maryland.

Contact Type:
Name: JEFF WILLIAM HOLBURT
DOB:
Address:

,

Contact Type: OTHER
Name: JEFF WILLIAM HOLBURT
DOB:
Address:

,

Contact Type:
Name: JEFF WILLIAM HOLBURT
DOB:
Address:

,


2017-000607_3383.pdf
115K


Exhibit M

10/21/2019 Maryland.gov Mail - 2017-000607 (Submitted for Incident/Location): PRIMARY LEVEL:RALLY/PRESS CONFERENCE/ANNAPOLIS :P...

Case 1:18-cv-00461-SAG Document 40-14 Filed 10/28/19 Page 2 of 2