

**Maryland**

Todd May -DGS- <todd.may@maryland.gov>

## question about 2/5 charges
6 messages

---

**Bryna Zumer** <bzumer@sbgtv.com>   Fri, Feb 9, 2018 at 8:53 PM
To: "terry.custer@maryland.gov" <terry.custer@maryland.gov>, "todd.may@maryland.gov" <todd.may@maryland.gov>, "rebecca.labs@maryland.gov" <rebecca.labs@maryland.gov>

Hi,

I'm with WBFF FOX45 and I understand charges are being dropped against Jeff and Kevin Hulbert, who were protesting near the State House on Feb. 5.

Could we get more details about this incident, and the police agency's response?

Thank you,

**Bryna Zumer**
Digital Content Producer

**FOX45 News WBFF - Baltimore**
2000 West 41st Street, Baltimore, Maryland 21211
Phone: 410.467.5595

---

**Terry Custer -DGS-** <terry.custer@maryland.gov>   Sat, Feb 10, 2018 at 7:35 AM
To: Nick Cavey -Dgs- <nick.cavey1@maryland.gov>, Michael Wilson <michael.wilson@maryland.gov>
Cc: "todd.may@maryland.gov" <todd.may@maryland.gov>, "rebecca.labs@maryland.gov" <rebecca.labs@maryland.gov>

Chief and Nick

FYI

I and those Cced received the below email requesting further information.

As policy we have not responded.



Terry Custer
Deputy Chief, Maryland
Capitol Police
Department of General
Services
301 W. Preston S., Room M-5

**Exhibit N**

Baltimore, Maryland 21201
Terry.Custer@Maryland.gov
410-767-7450(office)

Click Here to complete a three-question customer experience survey.

[Quoted text hidden]

---

**Michael Wilson -DGS-** <michael.wilson@maryland.gov>   Sat, Feb 10, 2018 at 8:59 AM
To: Terry Custer -DGS- <terry.custer@maryland.gov>
Cc: Nick Cavey -Dgs- <nick.cavey1@maryland.gov>, "todd.may@maryland.gov" <todd.may@maryland.gov>, "rebecca.labs@maryland.gov" <rebecca.labs@maryland.gov>

I think we stick with the press release.

Colonel Michael Wilson
Maryland Capitol Police
Department of General Services
301 W. Preston St., Room M-5
Baltimore, Maryland 21201
michael.wilson@maryland.gov
410-767-4677 (office)

On Feb 10, 2018, at 7:35 AM, Terry Custer -DGS- <terry.custer@maryland.gov> wrote:

> Chief and Nick
>
> FYI
>
> I and those Cced received the below email requesting further information.
>
> As policy we have not responded.
>
> <changingMD.png>
>
> Terry Custer
> Deputy Chief, Maryland Capitol Police
> Department of General Services
> 301 W. Preston S., Room M-5
> Baltimore, Maryland 21201
> Terry.Custer@Maryland.gov
> 410-767-7450(office)
>
> Click Here to complete a three-question customer experience survey.

[Quoted text hidden]

---

**Terry Custer -DGS-** <terry.custer@maryland.gov>  Sat, Feb 10, 2018 at 9:26 AM
To: Michael Wilson -DGS- <michael.wilson@maryland.gov>
Cc: Nick Cavey -Dgs- <nick.cavey1@maryland.gov>, "todd.may@maryland.gov" <todd.may@maryland.gov>, "rebecca.labs@maryland.gov" <rebecca.labs@maryland.gov>

Agree.

But only response IF ANY should be approved by you or Nick.

> Terry Custer
> Deputy Chief, Maryland Capitol Police
> Department of General Services
> 301 W. Preston S., Room M-5
> Baltimore, Maryland 21201
> Terry.Custer@Maryland.gov
> 410-767-7450(office)
>
> Click Here to complete a three-question customer experience survey.

[Quoted text hidden]

---

**Rebecca Labs -DGS-** <rebecca.labs@maryland.gov>  Sat, Feb 10, 2018 at 9:30 AM
To: Terry Custer -DGS- <terry.custer@maryland.gov>
Cc: Michael Wilson -DGS- <michael.wilson@maryland.gov>, Nick Cavey -Dgs- <nick.cavey1@maryland.gov>, "todd.may@maryland.gov" <todd.may@maryland.gov>

10-4

Sent from my iPhone
[Quoted text hidden]

---

**Nick Cavey -DGS-** <nick.cavey1@maryland.gov>  Sat, Feb 10, 2018 at 11:50 AM
To: Rebecca Labs -DGS- <rebecca.labs@maryland.gov>
Cc: Terry Custer -DGS- <terry.custer@maryland.gov>, Michael Wilson <michael.wilson@maryland.gov>, "todd.may@maryland.gov" <todd.may@maryland.gov>

Bryna reached out to me last night. I provided the prepared statement last night at 9:15pm.

Please see statement below:

"After a thorough review of all the evidence and supporting documentation, and after consulting with the Anne Arundel County States Attorney's Office; the Maryland Capitol Police believes it is in the best interest of all parties involved not to pursue any criminal charges against Mr. Jeff Hulbert and Mr. Kevin Hulbert. Both defendants were charged on Monday, February 5, 2018. Today, MCP forwarded an official request to the states attorney's office, asking that all the criminal charges in this case be dropped.

The Maryland Capitol Police fully supports the 1st Amendment Rights of freedom of speech and the right to peacefully assemble. The department is committed to providing a safe environment for employees, visitors, and demonstrators that frequent state facilities, which is why the Maryland Capitol Police have the ability to determine times, locations, and venues in which these demonstrations may occur; particularly when it involves the safety of others. The Maryland Capitol Police work hard at facilitating an orderly environment that is safe and pleasant for all to express their 1st amendment rights.

The department will use this event to strengthen our community outreach training efforts and to further educate our officers and the general public, in order to clarify our "Demonstrating on Public Property" procedures so the policy is clear and understandable to the public for future demonstrations.

For information regarding the charges of the individuals please contact Anne Arundel County States Attorney's Office."

[Quoted text hidden]