

Todd May -DGS- <todd.may@maryland.gov>

## Fwd: Patriot picket.
2 messages

---

**Dennis Donaldson -DGS-** <dennis.donaldson@maryland.gov>      Fri, Feb 9, 2018 at 5:00 PM
To: Rebecca Labs -DGS- <rebecca.labs@maryland.gov>, Bryan Waser <bryan.waser@maryland.gov>, Todd May <todd.may@maryland.gov>, Terry Custer <terry.custer@maryland.gov>, Michael Wilson -DGS- <michael.wilson@maryland.gov>

See below for additional intelligence. I will continue to monitor this site.

Sincerely,

> **Sgt. Dennis "Cliff" Donaldson #201**
>
> **Administrative Sergeant**
>
> **Maryland Capitol Police**
>
> **Annapolis Detachment**
>
> 29 St. Johns Street
>
> Annapolis, MD 21401
>
> 410-260-2914 office
>
> 410-952-5366 cell
>
> dennis.donaldson@maryland.gov
>
> Click Here to complete a three-question customer experience survey.

---------- Forwarded message ----------
From: **Robert Parham -State Police-** <robert.parham@maryland.gov>
Date: Fri, Feb 9, 2018 at 9:18 AM
Subject: Fwd: Patriot picket.
To: Dennis Donaldson -DGS- <dennis.donaldson@maryland.gov>
Cc: George White -State Police- <george.white@maryland.gov>, Overby Stephanie -State Police- <stephanie.bojnowski@maryland.gov>, Stephen J Stewart -State Police- <stephen.stewart@maryland.gov>

Cliff,

This information was passed along to me by Tfc. Justin Rogers, AG Frosh's detail. Just a FYI in case you haven't seen this particular website yet.

---------- Forwarded message ----------
From: **Robert Parham -State Police-** <robert.parham@maryland.gov>
Date: Thu, Feb 8, 2018 at 5:10 PM
Subject: Re: Patriot picket.
To: "Justin M. Rogers -State Police-" <justin.rogers@maryland.gov>

Justin,

Thank you for this, if you find anything else send it my way. I'll let everyone know. I appreciate it.

**Exhibit O**

Sent from my iPhone

On Feb 8, 2018, at 3:59 PM, Justin M. Rogers -State Police- <justin.rogers@maryland.gov> wrote:

> I don't know if this is of any value to you or if you want to pass it along to F/SGT or the Capitol Police. https://www.mdshooters.com/showthread.php?t=219880
> I just thought you might like to have a heads up in case any of your Troopers helps out on a Monday night for a rally. They are talking about coming down next Monday night in force to see if anymore will be arrested there are over 100 pages for this post.
>
> -Justin

--
Cpl. Robert Parham #5420
Maryland State Police
Legislative Security Section
Office - 410-841-3844
Cell - 410-991-3044

E-mail Legal Disclaimer: This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain privileged and/or sensitive information. Any unauthorized retransmission of this message is prohibited.

If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you receive this e-mail in error, please notify me immediately at the above e-mail address or telephone number and permanently delete the original and any copy of any e-mail and any printout.

---

**Bryan Waser -DGS-** <bryan.waser@maryland.gov>  Fri, Feb 9, 2018 at 5:24 PM
To: Dennis Donaldson -DGS- <dennis.donaldson@maryland.gov>
Cc: Rebecca Labs -DGS- <rebecca.labs@maryland.gov>, Todd May <todd.may@maryland.gov>, Terry Custer <terry.custer@maryland.gov>, Michael Wilson -DGS- <michael.wilson@maryland.gov>

Thanks for they heads up Cliff

Sent from my iPhone
[Quoted text hidden]