**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

Jeff Hulbert, *et al*.

       *Plaintiffs*,

      v.

Sgt. Brian Pope, *et al*.

       *Defendants*.

Civil No.: 1:18-CV-00461-SAG

## <u>ORDER</u>

Upon consideration of Plaintiffs' Motion for Reconsideration of Lt. Governor Rutherford's Motion to Quash, it is this _____ day of _____, 2020, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that Plaintiffs' Motion for Reconsideration of Lt. Governor Rutherford's Motion to Quash is hereby **GRANTED**; and it is further

**ORDERED**, that this Court's Order at ECF 43 is hereby **VACATED**, solely to the extent such Order relates to the Motion to Quash Subpoena and for Protective Order filed by the Lieutenant Governor of Maryland, Boyd K. Rutherford, ECF 36; and it is further

**ORDERED**, that the Motion to Quash Subpoena and for Protective Order filed by the Lieutenant Governor of Maryland, Boyd K. Rutherford, ECF 36, is hereby **DENIED**; and it is further

**ORDERED**, that Defendants make Lt. Governor Rutherford available for deposition on or before seven days after the entry of this Order at 4:30 p.m.

_____
The Honorable Stephanie A. Gallagher,
Judge, U.S. District Court for the District
of Maryland