IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEFF HULBERT, *et al.* <br> *Plaintiffs* <br><br> v. <br> SGT. BRIAN T. POPE, *et al.* <br> *Defendants* | Case No. 1:18-CV-02317 GLR |

### NOTICE TO TAKE ORAL DEPOSITION OF
### TFC. WALDER

PLEASE TAKE NOTICE that the Plaintiffs, by and through undersigned counsel, will proceed to take the deposition of the below named at the location indicated below and, on the date, and time provided. Said deposition will be taken pursuant to the applicable Rules of this Court, and before a duly authorized Notary Public or some other officer duly authorized to administer oaths pursuant to the laws and Rules of this Court. Said Deposition will be taken by a stenographer. Said Deposition will continue from time to time until completed and will be used for the purpose of discovery or use at trial, or both.

    Name:    **TFC Walder**

    Place:    **Hansel Law, P.C.**
                 **2514 North Charles Street**
                 **Baltimore, MD 21218**

    Time:    **1:00 pm**

    Date:    **January 13, 2020**



Respectfully submitted,

Hansel Law, PC

*/s/ Cary J. Hansel*
Cary J. Hansel
HANSEL LAW, PC
2514 N. Charles Street
Baltimore, Maryland 21218
Direct Dial: 301-461-1040
Facsimile: 443-451-8606
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of January, 2020, a copy of the foregoing was sent via email and first class mail, postage prepaid, to:

John C. Frederickson, Esq.
Robert A. McFarland, Esq.
300 W Preston Street, Suite 608
Baltimore, MD 21201
John.Fredrickson@maryland.gov
Robert.Mcfarland@maryland.gov

*/s/ Cary J. Hansel*
Cary J. Hansel

2