# PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR SATURDAY, DECEMBER 23, 2017

By **Special Report** · December 22, 2017



For immediate release:

December 22, 2017

Contact:

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Saturday, December 23, 2017**

**ANNAPOLIS, MD** – The public schedule for Lt. Governor Boyd Rutherford for Saturday, December 23, 2017 includes the following:

**Saturday, December 23, 2017**

**11:00 AM:** Lt. Governor Rutherford to distribute gifts to children at Annual MLK Center Holiday Party

122 N. Vincent Street, Baltimore, MD 21223



## PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR TUESDAY, DECEMBER 19, 2017

By **Special Report** - December 18, 2017



For immediate release:

December 18, 2017

Contact:

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Tuesday, December 19, 2017**

**ANNAPOLIS, MD** – The public schedule for Lt. Governor Boyd Rutherford for Tuesday, December 19, 2017 includes the following:

**Tuesday, December 19, 2017**

**12:30 PM:** Lt. Governor Rutherford to make presentation to Accohannock Tribe representatives
Governor's Reception Room
Maryland State House

# PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR FRIDAY, DECEMBER 15, 2017

By **Special Report**  -  December 14, 2017



For immediate release:

December 14, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Friday, December 15, 2017**

**ANNAPOLIS, MD –** The public schedule for Lt. Governor Boyd Rutherford for Friday, December 15, 2017 includes the following:

**Friday, December 15, 2017**

**10:00 AM:** Lt. Governor Rutherford to deliver keynote address and receive honorary degree at Morgan State University December Commencement Ceremony
**Morgan State University, Talmadge Hill Field House**
**1700 E. Cold Spring Lane, Baltimore, MD 21251**

## PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR SATURDAY, NOVEMBER 18, 2017

By **Governor's Press Office** - November 17, 2017



For immediate release:

November 17, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Saturday, November 18, 2017**
**ANNAPOLIS, MD** – The public schedule for Lt. Governor Boyd Rutherford for Saturday, November 18, 2017 includes the following:

**Saturday, November 18, 2017**

**11:00 AM:** Lt. Governor Rutherford to be special guest of honor at U.S.-Nigeria Executive Leadership Forum
DoubleTree by Hilton Hotel Largo/Washington D.C.
9100 Basil Court, Largo, MD 20774

## PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR WEDNESDAY, OCTOBER 11, 2017

By **Governor's Press Office** - October 10, 2017

For immediate release:

October 10, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Wednesday, October 11, 2017**

**ANNAPOLIS, MD–** The public schedule for Lt. Governor Boyd Rutherford for Wednesday, October 11, 2017 includes the following:

<u>**Wednesday, October 11, 2017**</u>

**9:00 AM:** Lt. Governor Rutherford to deliver remarks at MEGA Maryland Small & Minority Business Conference

Martin's West

6817 Dogwood Road, Baltimore, MD 21244

**7:00 PM:** Lt. Governor Rutherford to deliver remarks at community town hall meeting on opioid epidemic

St. Paul's Anglican Church

1505 Crownsville Road, Crownsville, MD 21032

## PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR WEDNESDAY, AUGUST 9, 2017

By **Governor's Press Office** · August 8, 2017



For immediate release:

August 8, 2017

Contact:

Hannah Marr  hannah.marr@maryland.gov

Shareese Churchill  shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Wednesday, August 9, 2017**
**ANNAPOLIS, MD** – The public schedule for Lt. Governor Boyd Rutherford
for Wednesday, August 9, 2017 includes the following:

**Wednesday, August 9, 2017**

**6:00 PM:** Lt. Governor Rutherford to attend the Howard County Fair
Howard County Fairgrounds
2210 Fairgrounds Road, West Friendship, MD

## PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR TUESDAY, AUGUST 1, 2017

By **Governor's Press Office** · July 31, 2017



For immediate release:

July 31, 2017

Contact:

Hannah Marr  hannah.marr@maryland.gov

Shareese Churchill  shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Tuesday, August 1, 2017**
**ANNAPOLIS, MD – The public schedule for Lt. Governor Boyd Rutherford**
**for Tuesday, August 1, 2017 includes the following:**

**Tuesday, August 1, 2017**

**11:00 AM:** Lt. Governor Rutherford to deliver remarks at Henrietta Lacks Road Dedication

Logan Village Shopping Center

3409 Dundalk Avenue, Dundalk, MD 21222

**6:00 PM:** Lt. Governor Rutherford to attend Charles County Sheriff's Office National Night Out

Waldorf Moose Lodge

4765 Crain Highway, White Plains, MD 20695

## PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR MONDAY, JULY 31, 2017

By **Governor's Press Office** · July 30, 2017

For immediate release:

July 30, 2017

Contact:

Hannah Marr  hannah.marr@maryland.gov

Shareese Churchill  shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Monday, July 31, 2017**

**ANNAPOLIS, MD** – The public schedule for Lt. Governor Boyd Rutherford for Monday, July 31, 2017 includes the following:

**Monday, July 31, 2017**

**11:30 AM:** Lt. Governor Rutherford to deliver remarks at Liberty Tree sapling planting
Maryland State House Grounds

# PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR SUNDAY, JULY 30, 2017

By **Governor's Press Office** - July 29, 2017

For immediate release:

July 29, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Sunday, July 30, 2017**

**ANNAPOLIS, MD** – The public schedule for Lt. Governor Boyd Rutherford for Sunday, July 30, 2017 includes the following:

**Sunday, July 30, 2017**

**3:00 PM:** Lt. Governor Rutherford to deliver remarks at Nigeria Carnival

Veterans Plaza

One Veterans Place, Silver Spring, MD 20910

# PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR SATURDAY, JULY 29, 2017

By **Governor's Press Office** - July 28, 2017

For immediate release:

July 28, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Saturday, July 29, 2017**

**ANNAPOLIS, MD** – The public schedule for Lt. Governor Boyd Rutherford for Saturday, July 29, 2017 includes the following:

**Saturday, July 29, 2017**

**11:00 AM:** Lt. Governor Rutherford to deliver remarks at Ellicott City clock dedication and flood anniversary ceremony

Corner of Main Street and Maryland Avenue

Ellicott City, MD 21043

# PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR TUESDAY, JUNE 6, 2017

By **Governor's Press Office**  ·  June 5, 2017

For immediate release:

June 5, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Tuesday, June 6, 2017**

ANNAPOLIS, MD – The public schedule for Lt. Governor Boyd Rutherford for Tuesday, June 6, 2017 includes the following:

Tuesday, June 6, 2017

10:45 AM: Lt. Governor Rutherford to deliver remarks at The Atlantic Region National Service Training Conference

Baltimore Marriott Inner Harbor at Camden Yards

110 S. Eutaw Street, Baltimore, MD 21201

# PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR SUNDAY, JUNE 4, 2017

By **Governor's Press Office**  ·  June 3, 2017

For immediate release:

June 3, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Sunday, June 4, 2017**

ANNAPOLIS, MD – The public schedule for Lt. Governor Boyd Rutherford for Sunday, June 4, 2017 includes the following:

Sunday, June 4, 2017

2:00 PM: Lt. Governor Rutherford to deliver remarks at Maryland Fire-Rescue Services Memorial

101 Calvert Street, Annapolis, MD 21401

## PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR FRIDAY, MAY 26, 2017

By **Governor's Press Office** · May 25, 2017

For immediate release:

May 25, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Friday, May 26, 2017**

ANNAPOLIS, MD – The public schedule for Lt. Governor Boyd Rutherford for Friday, May 26, 2017 includes the following:

**Friday, May 26, 2017**

10:00 AM: Lt. Governor Rutherford to attend Naval Academy Graduation and Commissioning Ceremony

Navy-Marine Corps Memorial Stadium

550 Taylor Avenue, Annapolis, MD 21401

## PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR TUESDAY, MAY 16, 2017

By **Governor's Press Office** · May 15, 2017

For immediate release:

May 15, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Tuesday, May 16, 2017**

ANNAPOLIS, MD – The public schedule for Lt. Governor Boyd Rutherford for Tuesday, May 16, 2017 includes the following:

**Tuesday, May 16, 2017**

11:00 AM: Lt. Governor Rutherford to deliver remarks at Fallen Officer Memorial Ceremony

Tawes State Office Building

580 Taylor Avenue, Annapolis, MD 21401

# PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR SATURDAY, MAY 13, 2017

By **Governor's Press Office** · May 12, 2017

For immediate release:

May 12, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Saturday, May 13, 2017**

ANNAPOLIS, MD – The public schedule for Lt. Governor Boyd Rutherford for Saturday, May 13, 2017 includes the following:

**Saturday, May 13, 2017**

8:00 AM: Lt. Governor Rutherford to deliver Commencement Address at University of Maryland University College

Xfinity Center

1 Terrapin Trail, College Park, MD 20742

## PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR TUESDAY, MAY 2, 2017

By **Governor's Press Office** · May 1, 2017

For immediate release:

May 1, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Tuesday, May 2, 2017**

ANNAPOLIS, MD – The public schedule for Lt. Governor Boyd Rutherford for Tuesday, May 2, 2017 includes the following:

Tuesday, May 2, 2017

12:00 PM: Lt. Governor Rutherford to deliver remarks at Governor's Office of the Deaf & Hard of Hearing Business Summit

100 Community Place, Crownsville, MD 21032

# PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR SUNDAY, APRIL 2, 2017

By **Governor's Press Office** · April 1, 2017

For immediate release:

April 1, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Sunday, April 2, 2017**

ANNAPOLIS, MD – The public schedule for Lt. Governor Boyd Rutherford for Sunday, April 2, 2017 includes the following:

**Sunday, April 2, 2017**

1:00 PM: Lt. Governor Rutherford to deliver remarks at the 28th Annual Memorial Service for Crime Victims and Their Families

Catonsville High School

421 Bloomsbury Avenue, Catonsville, MD 21228

# PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR WEDNESDAY, MARCH 22, 2017

By **Governor's Press Office** - March 21, 2017

For immediate release:

March 21, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Wednesday, March 22, 2017**

ANNAPOLIS, MD – The public schedule for Lt. Governor Boyd Rutherford for Wednesday, March 22, 2017 includes the following:

Wednesday, March 22, 2017

10:00 AM: Lt. Governor Rutherford to chair Board of Public Works meeting

Governor's Reception Room

Maryland State House

# PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR SATURDAY, MARCH 18, 2017

By **Governor's Press Office** - March 17, 2017

lg-header

For immediate release:

March 17, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Saturday, March 18, 2017**

ANNAPOLIS, MD – The public schedule for Lt. Governor Boyd Rutherford for Saturday, March 18, 2017 includes the following:

**Saturday, March 18, 2017**

11:00 AM: Lt. Governor Rutherford to deliver remarks at Verda Welcome Bridge and Exhibit Opening
Morgan State University
1700 E. Cold Spring Lane, Baltimore, MD 21251

# PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR MONDAY, MARCH 13, 2017

By **Governor's Press Office** · March 12, 2017

For immediate release:

March 12, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

Public Schedule for Lt. Governor Boyd Rutherford for Monday, March 13, 2017

ANNAPOLIS, MD – The public schedule for Lt. Governor Boyd Rutherford for Monday, March 13, 2017 includes the following:

Monday, March 13, 2017

10:00 AM: Lt. Governor Rutherford to deliver remarks at Catonsville Courthouse groundbreaking

6851 Johnnycake Road, Catonsville, MD 21244

## PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR THURSDAY, FEBRUARY 23, 2017

By **Governor's Press Office** - February 22, 2017



For immediate release:

February 22, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Thursday, February 23, 2017**

ANNAPOLIS, MD – The public schedule for Lt. Governor Boyd Rutherford for Thursday, February 23, 2017 includes the following:

**Thursday, February 23, 2017**

**5:00 PM:** Lt. Governor Rutherford to present "Admiral of the Chesapeake" citation

Hilton Garden Inn

3206 Main Street, Grasonville, MD 21638

# PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR THURSDAY, JANUARY 12, 2017

By **Governor's Press Office** · January 11, 2017

For immediate release:

January 11, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Thursday, January 12, 2017**

ANNAPOLIS, MD – The public schedule for Lt. Governor Boyd Rutherford for Thursday, January 12, 2017 includes the following:

Thursday, January 12, 2017

2:30 PM: Lt. Governor Rutherford to join Governor Hogan for press conference
Governor's Reception Room
Maryland State House

3:45 PM: Lt. Governor Rutherford to deliver remarks to Cecil County Chamber of Commerce at Cecil Night in Annapolis
House of Delegates Chamber
Maryland State House

# PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR TUESDAY, JANUARY 10, 2017

By **Stephanie Cornish** - January 9, 2017

For immediate release:

January 9, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

**Public Schedule for Lt. Governor Boyd Rutherford for Tuesday, January 10, 2017**

ANNAPOLIS, MD – The public schedule for Lt. Governor Boyd Rutherford for Tuesday, January 10, 2017 includes the following:

**Tuesday, January 10, 2017**

**4:00 PM:** Lt. Governor Rutherford to attend Howard County Food Bank grand opening

9385 Gerwig Lane, Suite J, Columbia, MD 21046

## PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR MONDAY, JANUARY 9, 2017

By **Governor's Press Office** - January 8, 2017

For immediate release:

January 8, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

Public Schedule for Lt. Governor Boyd Rutherford for Monday, January 9, 2017

ANNAPOLIS, MD – The public schedule for Lt. Governor Boyd Rutherford for Monday, January 9, 2017 includes the following:

Monday, January 9, 2017

11:00 AM: Lt. Governor Rutherford to to join Governor Hogan in presenting proclamation for National Law Enforcement Appreciation Day

Governor's Reception Room

Maryland State House

# PUBLIC SCHEDULE FOR LT. GOVERNOR BOYD RUTHERFORD FOR SUNDAY, JANUARY 8, 2017

By **Governor's Press Office** - January 7, 2017

For immediate release:

January 7, 2017

Contact:

Hannah Marr hannah.marr@maryland.gov

Shareese Churchill shareese.churchill@maryland.gov

410-974-2316

Public Schedule for Lt. Governor Boyd Rutherford for Sunday, January 8, 2017

ANNAPOLIS, MD – The public schedule for Lt. Governor Boyd Rutherford for Sunday, January 8, 2017 includes the following:

Sunday, January 8, 2017

1:00 PM: Lt. Governor Rutherford to deliver remarks at ribbon cutting ceremony for Maryland's first net-zero energy school

Wilde Lake Middle School

10481 Cross Fox Lane, Columbia, MD 21044

