# Ashton Zylstra

| | |
|---|---|
| **From:** | Ashton Zylstra |
| **Sent:** | Friday, January 31, 2020 9:00 PM |
| **To:** | John Fredrickson -DGS-; Lewis, James |
| **Cc:** | Cary Hansel |
| **Subject:** | Hulbert - Second Motion to Compel |
| **Attachments:** | Second Mot to Compel_FINAL.pdf; Proposed Order Second Mot to Compel.pdf; Second Motion to Compel - Exhibit A.pdf; Second Motion to Compel - Exhibit B.pdf; Second Motion to Compel - Exhibit C.pdf; Second Motion to Compel - Exhibit D.pdf; Second Motion to Compel - Exhibit E.pdf; Second Motion to Compel - Exhibit F.pdf; Second Motion to Compel - Exhibit G.pdf; Second Motion to Compel - Exhibit H.pdf |

Dear John and Jim,

Please find attached Plaintiffs' Second Motion to Compel, served via electronic mail as of today, January 31, 2020. Please note that there are 29 attachments to the Second Motion to Compel—a proposed order plus 28 exhibits (labelled as Exhibit A through Exhibit BB). To ensure delivery of all attachments, I will be sending three separate emails, each with approximately ten documents attached.

Attached to this email is the Second Motion to Compel, the Proposed Order, and Exhibit A through Exhibit H.

Please let us know as soon as possible if you do not receive any of the attachments.

Best regards,
Ashton Zylstra

ASHTON ZYLSTRA
HANSEL LAW, P.C.
2514 North Charles Street
Baltimore, Maryland 21218
Office: 301-461-1040
Facsimile: 443-451-8606

Statement of Confidentiality:  The contents of this e-mail message and its attachments are intended solely for the addressee(s) hereof.  In addition, this e-mail transmission may be confidential and it may be subject to legal privilege(s) protecting communications between attorneys and their clients or amongst attorneys and/or their staff.  If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate, or otherwise use this transmission and to please notify the sender immediately.

Delivery of this message to any person other than the intended recipients is not intended in any way to waive privilege or confidentiality.  If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments, if any.  Thank you.



# Ashton Zylstra

| | |
|---|---|
| **From:** | Ashton Zylstra |
| **Sent:** | Friday, January 31, 2020 9:05 PM |
| **To:** | John Fredrickson -DGS-; Lewis, James |
| **Cc:** | Cary Hansel |
| **Subject:** | RE: Hulbert - Second Motion to Compel |
| **Attachments:** | Second Motion to Compel - Exhibit I.pdf; Second Motion to Compel - Exhibit J.pdf; Second Motion to Compel - Exhibit K.pdf; Second Motion to Compel - Exhibit L.pdf; Second Motion to Compel - Exhibit M.pdf; Second Motion to Compel - Exhibit N.pdf; Second Motion to Compel - Exhibit O.pdf; Second Motion to Compel - Exhibit P.pdf; Second Motion to Compel - Exhibit Q.pdf; Second Motion to Compel - Exhibit R.pdf |

Dear John and Jim,

Please find attached Exhibit I through Exhibit R.

Best regards,
Ashton Zylstra

---

**From:** Ashton Zylstra
**Sent:** Friday, January 31, 2020 9:00 PM
**To:** John Fredrickson -DGS- <john.fredrickson@maryland.gov>; Lewis, James <jlewis@oag.state.md.us>
**Cc:** Cary Hansel <Cary@hansellaw.com>
**Subject:** Hulbert - Second Motion to Compel

Dear John and Jim,

Please find attached Plaintiffs' Second Motion to Compel, served via electronic mail as of today, January 31, 2020. Please note that there are 29 attachments to the Second Motion to Compel—a proposed order plus 28 exhibits (labelled as Exhibit A through Exhibit BB). To ensure delivery of all attachments, I will be sending three separate emails, each with approximately ten documents attached.

Attached to this email is the Second Motion to Compel, the Proposed Order, and Exhibit A through Exhibit H.

Please let us know as soon as possible if you do not receive any of the attachments.

Best regards,
Ashton Zylstra

ASHTON ZYLSTRA
HANSEL LAW, P.C.
2514 North Charles Street
Baltimore, Maryland 21218
Office: 301-461-1040
Facsimile: 443-451-8606

Statement of Confidentiality:  The contents of this e-mail message and its attachments are intended solely for the addressee(s) hereof.  In addition, this e-mail transmission may be confidential and it may be subject to legal privilege(s)

protecting communications between attorneys and their clients or amongst attorneys and/or their staff.  If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate, or otherwise use this transmission and to please notify the sender immediately.

Delivery of this message to any person other than the intended recipients is not intended in any way to waive privilege or confidentiality.  If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments, if any.  Thank you.

# Ashton Zylstra

| | |
|---|---|
| **From:** | Ashton Zylstra |
| **Sent:** | Friday, January 31, 2020 9:06 PM |
| **To:** | 'John Fredrickson -DGS-'; 'Lewis, James' |
| **Cc:** | Cary Hansel |
| **Subject:** | RE: Hulbert - Second Motion to Compel |
| **Attachments:** | Second Motion to Compel - Exhibit S.pdf; Second Motion to Compel - Exhibit T.pdf; Second Motion to Compel - Exhibit U.pdf; Second Motion to Compel - Exhibit V.pdf; Second Motion to Compel - Exhibit W.pdf; Second Motion to Compel - Exhibit X.pdf; Second Motion to Compel - Exhibit Y.pdf; Second Motion to Compel - Exhibit Z.pdf; Second Motion to Compel - Exhibit AA.pdf; Second Motion to Compel - Exhibit BB.pdf |

Dear John and Jim,

Please find attached Exhibit S through Exhibit BB. This email contains the last of the attachments to the Second Motion to Compel.

Best regards,
Ashton Zylstra

**From:** Ashton Zylstra
**Sent:** Friday, January 31, 2020 9:02 PM
**To:** 'John Fredrickson -DGS-' <john.fredrickson@maryland.gov>; 'Lewis, James' <jlewis@oag.state.md.us>
**Cc:** Cary Hansel <Cary@hansellaw.com>
**Subject:** RE: Hulbert - Second Motion to Compel

Dear John and Jim,

Please find attached Exhibit I through Exhibit R.

Best regards,
Ashton Zylstra

**From:** Ashton Zylstra
**Sent:** Friday, January 31, 2020 9:00 PM
**To:** John Fredrickson -DGS- <john.fredrickson@maryland.gov>; Lewis, James <jlewis@oag.state.md.us>
**Cc:** Cary Hansel <Cary@hansellaw.com>
**Subject:** Hulbert - Second Motion to Compel

Dear John and Jim,

Please find attached Plaintiffs' Second Motion to Compel, served via electronic mail as of today, January 31, 2020. Please note that there are 29 attachments to the Second Motion to Compel—a proposed order plus 28 exhibits (labelled as Exhibit A through Exhibit BB). To ensure delivery of all attachments, I will be sending three separate emails, each with approximately ten documents attached.

Attached to this email is the Second Motion to Compel, the Proposed Order, and Exhibit A through Exhibit H.

Please let us know as soon as possible if you do not receive any of the attachments.

Best regards,
Ashton Zylstra

ASHTON ZYLSTRA
HANSEL LAW, P.C.
2514 North Charles Street
Baltimore, Maryland 21218
Office: 301-461-1040
Facsimile: 443-451-8606

Statement of Confidentiality:  The contents of this e-mail message and its attachments are intended solely for the addressee(s) hereof.  In addition, this e-mail transmission may be confidential and it may be subject to legal privilege(s) protecting communications between attorneys and their clients or amongst attorneys and/or their staff.  If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate, or otherwise use this transmission and to please notify the sender immediately.

Delivery of this message to any person other than the intended recipients is not intended in any way to waive privilege or confidentiality.  If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments, if any.  Thank you.