IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **JEFF HULBERT,** *et al.*, | * | |
| **Plaintiffs,** | * | |
| v. | * | Civil Case No.: SAG-18-0461 |
| **SGT. BRIAN T. POPE,** *et al.*, | * | |
| **Defendants.** | * | |

**ORDER**

For the reasons stated on the record in the hearing on March 9, 2020, it is hereby ORDERED that:

- Plaintiffs' Motion for Extension of Time, ECF 53, is denied without prejudice. Plaintiffs may request an extension once more information is received about the timing for completion of discovery.

- The existing deadline for dispositive motions in ECF 46 is withdrawn.

- Defendants are directed to submit a status report on or before March 13, 2020, providing the Court with an update on the process and timing for acquisition of their requested software.

- Plaintiffs' Motion for Reconsideration, ECF 52, is Granted in part. Plaintiff shall serve counsel for the Lt. Governor with 10 written questions (including subparts) on or before March 23, 2020. Within 21 days of receiving these written questions, the Lt. Governor shall respond to the questions in writing or, alternatively, indicate that he will sit for an in-person video deposition.

Date: March 9, 2020

/s/
Stephanie A. Gallagher
United States District Judge