**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JEFF HULBERT, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 1:18-cv-00461-SAG |
| SGT. BRIAN T. POPE, *et al.* | * | |
| Defendants. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**DEFENDANTS' STATUS REPORT**

Defendants, Sgt. Brian T. Pope and Col. Michael Wilson, hereby submit this Status Report in accordance with this Court's order on March 10, 2020, *see* ECF 59, which directed the defendants "to submit a status report on or before March 13, 2020, providing the Court with an update on the process and timing for acquisition of their requested software."

The State's initial request to procure e-discovery software was approved on or about March 11, 2020.  The State then submitted a request for funding for the software.  That request was informally approved on March 12, 2020.  Getting formal approval could take additional time because of the State's transition to mandatory telework.  *See* Governor's Order, For the Implementation of Elevated Level II of Pandemic Flu and Other Infectious Diseases Attendance and Leave Policy for Executive Branch State Employees (March 12, 2020), https://governor.maryland.gov/wp-content/uploads/2020/03/Elevated-Level-II.pdf;  *see    also* Coronavirus   Disease   Information,   Elevated   Level   II – Flexible   Operations, https://dbm.maryland.gov/employees/Pages/COVID19.aspx.

Knowing that it had been informally approved, defendants began review and negotiation of a contract on March 13, 2020.  The parties to the contract have nearly agreed on the language

for the contract.  It is anticipated that a contract will be ready for signature early next week.

Defendants are optimistic that signatures to the contract could be secured by the end of next week.[1]

Defendants anticipate having access to the software within 24 hours of securing an executed

contract.


Respectfully submitted,

Brian E. Frosh
Attorney General of Maryland


/s/ John C. Fredrickson
_____
John C. Fredrickson
Federal Bar No. 02566
Assistant Attorney General
Department of General Services
301 West Preston Street, Suite 1304
Baltimore, Maryland 21201
john.fredrickson@maryland.gov
(410) 767-1825
(410) 333-7654 (facsimile)

*Attorneys for Defendant*
*Col. Michael Wilson*

Brian E. Frosh
Attorney General of Maryland


/s/ James N. Lewis
_____
James N. Lewis
Federal Bar No. 30220
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
jlewis@oag.state.md.us
(410) 576-7005
(410) 576-6955 (facsimile)

*Attorneys for Defendant*
*Sgt. Brian T. Pope*

---

[1] In light of the public health pandemic, it is possible that circumstances will have changed, perhaps dramatically, by that time.  In particular, finding an authorized person who can sign for the State could be a challenge depending on staffing. It is possible that this rapidly evolving situation would complicate the State's ability to secure an executed contract.  If such complications arise, a supplemental status report will be filed.

**CERTIFICATE OF SERVICE**

I certify that on 13th day of March, 2020, a copy of the foregoing status report was served

by CM/ECF on:

Cary Johnson Hansel, III, Esquire
Federal Bar No. 14722
cary@hansellaw.com

Erienne Sutherell, Esquire
Federal Bar No. 20095
esutherell@hansellaw.com

Justin Stefanon, Esquire
Federal Bar No. 20087
jstefanon@hansellaw.com

HANSEL LAW, P.C.
2514 North Charles Street
Baltimore, Maryland 21218

*Attorneys for Plaintiffs*


/s/ James N. Lewis
_____

James N. Lewis