IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFF HULBERT, *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 1:18-cv-00461-SAG |
| SGT. BRIAN T. POPE, *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STATUS REPORT**

Plaintiffs Jeff Hulbert, Kevin Hulbert, and Maryland Shall Issue, Inc., along with Defendants Sgt. Brian T. Pope and Col. Michael Wilson, hereby submit this Joint Status Report in accordance with this Court's order on June 10, 2020, *see* ECF 61, which ordered "a report on the status of this case on or before June 17, 2020."

**Production of State Documents**

The State was ultimately able to procure e-discovery software in time to remotely review and produce responsive documents to a subpoena issued to the State. The State has been providing a rolling production of documents responsive to the subpoena on a weekly basis. It has made seven productions to date. Based on how long it has taken to review documents—totaling more than 20,000 pages to date—the State expects two more rolling productions to fully complete its production obligation to the plaintiffs.

**Motion to Compel**

Counsel for plaintiffs have indicated an intent to pursue a motion to compel related to the documents being produced in response to the subpoena.

**Additional Discovery**

The parties agreed to any reasonable discovery arising from the documents produced in response to the subpoena if the basis for the additional discovery was not otherwise known prior to receiving the documents.

**Dispositive Motions**

The parties request that the deadline be set after all discovery matters have been fully resolved.

**Proposed Schedule**

The plaintiffs respectfully request that a telephonic status conference should be set for four weeks after the filing of this status report.  The defendants do not oppose the request.  If this Honorable Court believes that a telephonic status conference would be beneficial, then the defendants request that the subject matter(s) to be discussed are included with the order so as to be adequately prepared for the telephonic status conference.

[SIGNATURES ON NEXT PAGE]

Respectfully submitted,

HANSEL LAW, P.C.

/s/ Cary J. Hansel, III
_____
Cary Johnson Hansel, III, Esquire
Federal Bar No. 14722
cary@hansellaw.com
Erienne Sutherell, Esquire
Federal Bar No. 20095
esutherell@hansellaw.com
Justin Stefanon, Esquire
Federal Bar No. 20087
jstefanon@hansellaw.com
2514 North Charles Street
Baltimore, Maryland 21218
(301) 461-1040
(443) 451-8606 (facsimile)

*Attorneys for Plaintiffs*

| | |
|---|---|
| BRIAN E. FROSH<br>Attorney General of Maryland | BRIAN E. FROSH<br>Attorney General of Maryland |
| /s/ John C. Fredrickson<br>_____<br>John C. Fredrickson<br>Federal Bar No. 02566<br>Assistant Attorney General<br>Department of General Services<br>301 West Preston Street, Suite 1304<br>Baltimore, Maryland 21201<br>john.fredrickson@maryland.gov<br>(410) 767-1825<br>(410) 333-7654 (facsimile)<br><br>*Attorneys for Defendant*<br>*Col. Michael Wilson* | /s/ James N. Lewis<br>_____<br>James N. Lewis<br>Federal Bar No. 30220<br>Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>jlewis@oag.state.md.us<br>(410) 576-7005<br>(410) 576-6955 (facsimile)<br><br>*Attorneys for Defendant*<br>*Sgt. Brian T. Pope* |

## CERTIFICATE OF SERVICE

I certify that on 17th day of June, 2020, a copy of the foregoing joint status report was served by CM/ECF on:

Cary Johnson Hansel, III, Esquire
Federal Bar No. 14722
cary@hansellaw.com

Erienne Sutherell, Esquire
Federal Bar No. 20095
esutherell@hansellaw.com

Justin Stefanon, Esquire
Federal Bar No. 20087
jstefanon@hansellaw.com

HANSEL LAW, P.C.
2514 North Charles Street
Baltimore, Maryland 21218

*Attorneys for Plaintiffs*


John C. Fredrickson, Esquire
Federal Bar No. 02566
Assistant Attorney General

Office of the Attorney General
Department of General Services
301 West Preston Street, Suite 1304
Baltimore, Maryland 21201
john.fredrickson@maryland.gov

*Attorneys for Defendant Col. Michael Wilson*


                                        /s/ James N. Lewis
                                        _____
                                        James N. Lewis