**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>STEPHANIE A. GALLAGHER<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-7780<br>Fax (410) 962-1812 |

September 2, 2020

LETTER TO COUNSEL

    RE:    <u>Hulbert, et al. v. Pope, et al.</u>
                Civil No. SAG-18-461

Dear Counsel,

    This will confirm the results of our telephone conference today.

    The parties are to provide the Court with a status report regarding discovery in 30 days, unless a Motion to Compel has been filed. The schedule for dispositive motions will be as follows:

        Dispositive Motions Deadline:   December 2, 2020

        Oppositions Deadline:             January 6, 2021

        Reply Deadline:                   January 27, 2021

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                                          Sincerely yours,

                                                           /s/

                                                           Stephanie A. Gallagher
                                                           United States District Judge