## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Jeff Hulbert, *et al*.<br><br>    *Plaintiffs*,<br><br>v.<br><br>Sgt. Brian Pope, *et al*.<br><br>    *Defendants*. | Civil No.: 1:18-CV-00461-SAG |

### ORDER

**UPON CONSIDERATION** of the Parties' Joint Motion to Modify the Scheduling Order, it is this it is this __20th__ day of ___November___, 2020, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that the Parties' Joint Motion to Modify the Scheduling Order is hereby **GRANTED**; and it is further

**ORDERED**, that the schedule for dispositive motions set by this Court's Order on September 2, 2020, ECF 67, shall be modified as follows:

| | |
|---|---|
| <u>Dispositive Motions Deadline</u>: | Extended from 12/02/2020 to 12/16/2020 |
| <u>Oppositions Deadline</u>: | Extended from 01/06/2021 to 01/20/2021 |
| <u>Reply Deadline</u>: | Extended from 01/27/2021 to 02/10/2021 |

                                                                 /s/
                                        The Honorable Stephanie A. Gallagher,
                                        Judge, U.S. District Court for the
                                        District of Maryland