```
         From: <CAD.RMS@MARYLAND.GOV>
           To: <MICHAEL.WILSON@MARYLAND.GOV>
      Subject: 2018-000060 (Submitted for Incident/Location): PRIMARY
               LEVEL:TRESPASSING/ANNAPOLIS :PUBLIC STREET:COLLEGE AVENUE
         Date: Tue, 6 Feb 2018 18:53:52 -0500
   Importance: normal
     Priority: normal
  Attachments: 2018-000060_3875.pdf
```

Status: Submitted on 02/06/2018 1853

Reporting User: BRIAN POPE

Reference # 2018-000060

Date/Time Reported: 02/05/2018 1815

Date/Time Occurred: 02/05/2018 1920 to 02/05/2018 1930

Incident Type: TRESPASSING

Location : ANNAPOLIS : PUBLIC STREET : COLLEGE AVENUE

Synopsis:
Suspects were trespassing and arrested


Narrative:
On Monday February 5, 2017 at approximately 1920 hours I responded to a demonstration occurring without a permit, within the public right away of the sidewalk, at the intersection of Bladen Street and College Avenue, Annapolis, Anne Arundel County, Maryland. Out of concern for public safety, and in an abundance of caution due to two pedestrians being struck by vehicles in the last year and a half, and nearly half dozen reported pedestrian complaints concerning vehicles failing to yield to pedestrians in the crosswalk, the demonstrating group was asked to relocate to Lawyers Mall.

After three (3) requests to move their location to allow for pedestrians to freely use the sidewalk, crosswalks and to reduce conditions for distracted vehicle operators approaching the intersection, two individuals declined and were subsequently arrested. The two white males were identified as Jeff William Hulbert and Kevin James Hulbert. Both Kevin and Jeff Hulbert were at Lawyers Mall participating in a rally/demonstration, supporting second amendment rights. They are affiliated with the group "Patriot Protest".

The Patriot Picket Organization was clearly causing a safety issue, which was concerning to the Department. There were several safety issues and concerns, for example:
. Time and Location of this particular demonstration
. There have been several pedestrians struck by vehicles at this location
. Visibility was limited, due to darkness. Tower lights are used to increase visibility
. Maryland Legislative Session was to convene at 2000 hours, and there were several pedestrians in the area, using the crosswalk.
. The group was using signs, limiting pedestrian flow on the sidewalks, distracting drivers, causing an unsafe

EXHIBIT L

STATE_003637

environment.

This group of protestors was asked three (3) times to move into the Lawyers Mall area, where they were free to continue their demonstration. After they refused to leave and ignored my requests I placed two of the protestors under arrest. They were transported to the Annapolis Police Department where they were charged on a criminal citation. The remainder of the group then proceeded to the Mall area to continue their protest. On 6Feb18 at approximately 1600 hrs at Lawyer's Mall, I met with the two defendants at the suggestion of the state's attorney office and had them sign two additional criminal citations for charges; COMAR 04.05.01.03 Obstructing public walks and CR6-409(b) Trespass.

Contact Type: SUSPECT
Name: JEFF WILLIAM HULBERT
DOB: ███/1953
HOME Address:
PO BOX 137301
CHESTER, MD 21619

Contact Type: SUSPECT
Name: KEVIN JAMES HULBERT
DOB: ███/1953
HOME Address:
PO BOX 41
OAK HALL, VA 23416



| Case Number | | |
|---|---|---|
| 2018-000060 | | |

**Department of General Services Maryland Capitol Police**
**ANNAPOLIS DETACHMENT**
**29 ST. JOHNS ST.**
**ANNAPOLIS, MD, 21401**

## Case Report

Reported by: **POPE, BRIAN**

| Incident Types Label | Offender | Incident Disposition |
|---|---|---|
| **PRIMARY LEVEL:TRESPASSING (MISDEMEANOR)** | | |

| Report Disposition | Method of Reporting | Related Number: |
|---|---|---|
| **CLEARED BY ARREST** | **OFFICER OBSERVED** | **2018-02-05-04118** |

| Report Recorder | Manager/Supervisor On Duty | Manager/Supervisor Notified |
|---|---|---|
| **POPE, BRIAN** | **POPE, BRIAN** | **YES** |

| Incident Occurred Date | Incident Occurred End Date | Incident Discovered / Called In |
|---|---|---|
| **02/05/2018 at 1920** | **02/05/2018 at 1930** | **02/05/2018 at 1815** |

| Location | Specific Location |
|---|---|
| **ANNAPOLIS : PUBLIC STREET : COLLEGE AVENUE** | **LAWYER'S MALL** |

Report Synopsis/Overview
**Suspects were trespassing and arrested**

### Contact # 1  (SUSPECT)

Full Name
**JEFF WILLIAM HULBERT**

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| **64** | **/1953** | **MALE** | **WHITE** |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| **5'10"** | **200** | **GREY** | **BLU** |

| Approx. Age | Demeanor | Build | Clothing |
|---|---|---|---|
| **60'S** | | | |

#### Addresses

Address :
**PO BOX 137301**

| City | State | Zip | Country | Address Type |
|---|---|---|---|---|
| **CHESTER** | **MD** | **21619** | | **HOME** |

### Contact # 2  (SUSPECT)

Full Name
**KEVIN JAMES HULBERT**

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| **64** | **/1953** | **MALE** | **WHITE** |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| **5'10"** | **175** | **GREY** | **BLU** |

| Approx. Age | Demeanor | Build | Clothing |
|---|---|---|---|
| **60'S** | | | |

| Prepared By: | Submitted Date |
|---|---|
| POPE, BRIAN(A7 POPE) | 02/06/2018 1853 |
| Signature | Reviewed By/Date |

| Case Number | 2018-000060 |
|---|---|

### Addresses

**Address :**
**PO BOX 41**

| City | State | Zip | Country | Address Type |
|---|---|---|---|---|
| **OAK HALL** | **VA** | **23416** | | **HOME** |

**Phones :**
**(HOME) 757-824-5639**

### Digital Media List

**Digital Media # 1**



Title

Description

**Digital Media # 2**



Title

Description

**Narrative text**

On Monday February 5, 2017 at approximately 1920 hours I responded to a demonstration occurring without a permit, within the public right away of the sidewalk, at the intersection of Bladen Street and College Avenue, Annapolis, Anne Arundel County, Maryland.  Out of concern for public safety, and in an abundance of caution due to two pedestrians being struck by vehicles in the last year and a half, and nearly half dozen reported pedestrian complaints concerning vehicles failing to yield to

| Prepared By: | Submitted Date |
|---|---|
| POPE, BRIAN(A7 POPE) | 02/06/2018 1853 |
| **Signature** | **Reviewed By/Date** |

pedestrians in the crosswalk, the demonstrating group was asked to relocate to Lawyers Mall.

After three (3) requests to move their location to allow for pedestrians to freely use the sidewalk, crosswalks and to reduce conditions for distracted vehicle operators approaching the intersection, two individuals declined and were subsequently arrested. The two white males were identified as Jeff William Hulbert and Kevin James Hulbert. Both Kevin and Jeff Hulbert were at Lawyers Mall participating in a rally/demonstration, supporting second amendment rights. They are affiliated with the group "Patriot Protest".

The Patriot Picket Organization was clearly causing a safety issue, which was concerning to the Department. There were several safety issues and concerns, for example:
- Time and Location of this particular demonstration
- There have been several pedestrians struck by vehicles at this location
- Visibility was limited, due to darkness. Tower lights are used to increase visibility
- Maryland Legislative Session was to convene at 2000 hours, and there were several pedestrians in the area, using the crosswalk.
- The group was using signs, limiting pedestrian flow on the sidewalks, distracting drivers, causing an unsafe environment.

This group of protestors was asked three (3) times to move into the Lawyers Mall area, where they were free to continue their demonstration. After they refused to leave and ignored my requests I placed two of the protestors under arrest. They were transported to the Annapolis Police Department where they were charged on a criminal citation. The remainder of the group then proceeded to the Mall area to continue their protest.
On 6Feb18 at approximately 1600 hrs at Lawyer's Mall, I met with the two defendants at the suggestion
of the state's attorney office and had them sign two additional criminal citations for charges;
COMAR 04.05.01.03 Obstructing public walks and CR6-409(b) Trespass.

| Prepared By: | | Submitted Date |
|---|---|---|
| POPE, BRIAN(A7 POPE) | | 02/06/2018 1853 |
| **Signature** | | **Reviewed By/Date** |

STATE_003641