

**MARYLAND**

Michael Wilson -DGS- <michael.wilson@maryland.gov>

## Fwd: Arrest at Lawyers Mall
1 message

**Dennis Donaldson -DGS-** <dennis.donaldson@maryland.gov>  Tue, Aug 20, 2019 at 11:50 AM
To: Michael Wilson -DGS- <michael.wilson@maryland.gov>

From 2/6/18 per your request

> Lieutenant Dennis "Cliff" Donaldson
> Assistant Division Commander
> Maryland Capitol Police
> Annapolis Division
> 29 St. Johns Street
> Annapolis, MD 21401
> ███████ office
> ███████ cell
> dennis.donaldson@maryland.gov
>
> Click Here to complete a three-question customer experience survey.

---------- Forwarded message ----------
From: **Dennis Donaldson -DGS-** <dennis.donaldson@maryland.gov>
Date: Tue, Feb 6, 2018 at 8:42 AM
Subject: Re: Arrest at Lawyers Mall
To: Rebecca Labs -DGS- <rebecca.labs@maryland.gov>

I'm already here

> Sgt. Dennis "Cliff" Donaldson #201
> Administrative Sergeant
> Maryland Capitol Police
> Annapolis Detachment
> 29 St. Johns Street
> Annapolis, MD 21401
> ███████ office
> ███████ cell



EXHIBIT Labs 4

EXHIBIT Q

> Click Here to complete a three-question customer experience survey.

On Tue, Feb 6, 2018 at 8:15 AM, Rebecca Labs -DGS- <rebecca.labs@maryland.gov> wrote:
I have already spoken with the Chief this morning. And he advised that he's working on a press release. Reference to the incident last night.

When I get in I will call you in reference to the conference call for SPS.

Sent from my iPhone

On Feb 6, 2018, at 8:12 AM, Todd May -DGS- <todd.may@maryland.gov> wrote:

Need a follow up on this and update ASAP. Call when you are in SPS we can do conference call with Deputy Chief.



Captain Todd May
Operations Commander
Department of General Services
Maryland Capitol Police
301 W. Preston St., M5
Baltimore, MD 21201
[redacted]
todd.may@maryland.gov

Click Here to complete a three-question customer experience survey.

Begin forwarded message:

From: Todd May -DGS- <todd.may@maryland.gov>
Date: February 6, 2018 at 6:26:00 AM EST
To: Rebecca Labs <rebecca.labs@maryland.gov>
Subject: Fwd: Arrest at Lawyers Mall

Why wasn't I advised of this?



Captain Todd May
Operations Commander
Department of General Services
Maryland Capitol Police
301 W. Preston St., M5
Baltimore, MD 21201
[redacted]
todd.may@maryland.gov

Click Here to complete a three-question customer experience survey.

Date: Mon, Feb 5, 2018 at 9:59 PM
Subject: Arrest at Lawyers Mall
To: Ellington Churchill <ellington.churchill@maryland.gov>, Nelson Reichart -DGS- <nelson.reichart@maryland.gov>, Rebecca Labs <rebecca.labs@maryland.gov>, George White <george.white@maryland.gov>, Terry Custer <terry.custer@maryland.gov>, Todd May <todd.may@maryland.gov>, Dennis Donaldson <dennis.donaldson@maryland.gov>, Brian Pope -DGS- <brian.pope@maryland.gov>, Jeffrey Ferreira <jeffrey.ferreira@maryland.gov>

Incident: Arrests at Lawyers Mall

Date and Time: February 5, 2018 @ approximately 1900 hours

Charges:

1. Criminal Law Article 6-409 (b) Refusal or Failure to Leave Public Building or Grounds

A person may not refuse or fail to leave a public building or grounds, or a specific part or a public building or grounds, during regular business hours if:

(1) The surrounding circumstances would indicate to a reasonable person that the person who refuses or fails to leave:

(i) has no apparent lawful business to pursue at the public buildings or grounds; or

(ii) is acting in a manner disruptive of and disrupting to the conduct of normal business by the government unit that owns, operates, or maintains the public buildings and grounds; and

(2) An authorized employee of the government unit asks the person to leave.

2. Criminal Law Article 10-201 Disorderly Conduct, Disturbance or the Public Peace, Nuisances

12 (c) (1) A person may not willfully and without lawful purpose obstruct or hinder the free passage of another in a public place or on a public conveyance.

Summary:

On the above-mentioned date, Sergeant Pope made contact with a small group of protestors, located on the sidewalk beside Lawyers Mall, close to the crosswalk on College Avenue. The group did not have a permit to protest and was disrupting the free flow of pedestrians crossing College Avenue, on the sidewalk. The group was there to advocate for 2nd Amendment Right (2 to 8) individuals with signs and flags.

The group was asked at least 2 times to leave the sidewalk and protest in the Lawyers Mall area. They refused to leave and refused to move to a safe location (Lawyers Mall).

It should be noted that session was going to convene at 2000 hours, it was dark, the intersection was lighted, several

clear danger to the safety of pedestrians crossing at this location. Several people cross at this location and vehicular traffic is steady at this intersection.

After refusing to leave, and ignoring the order to leave this location, because of safety and security concerns, two of the protestors were arrested and charges accordingly on a criminal citation. The remainder of the group then proceeded to the Mall area to continue their protest.

Several legislators were made aware of this arrest, as one of the Senators announced the arrests on the Senate floor. Criminal Investigation Report will follow, and will not be on the morning briefing until further evaluated and approval of report ...



Colonel Michael Wilson
Maryland Capitol Police
Department of General Services
301 W. Preston S., Room M-5
Baltimore, Maryland 21201
michael.wilson@maryland.gov
███████ (office)

Click Here to complete a three question customer experience survey.