**From:** Nick Cavey -DGS- <nick.cavey1@maryland.gov>
**To:** "Broom, Scott" <sbroom@wusa9.com>
**Subject:** Re: Arrest of 2nd Amendment protestors
**Date:** Tue, 6 Feb 2018 12:06:08 -0500
**Inline-Images:** changingMD.png

---

Scott,

The Maryland Capitol Police are responsible for providing a safe working environment for state employees and visitors that frequent state properties, and to secure buildings that are located on state property. The Maryland Capitol Police responded to a demonstration occurring without a permit, within the public right away of the sidewalk, at the intersection of Bladen Street and College Avenue. Out of a concern for public safety, and in an abundance of caution due to two pedestrians being being stuck by vehicles in the last year, and nearly a half dozen reported pedestrians complaints concerning vehicles failing to yield to pedestrians in the crosswalk, the demonstrating group was asked to relocate to Lawyers Mall. After three (3) request to move their location to allow for pedestrians to freely use the sidewalk, crosswalks and to reduce conditions for distracted vehicle operators approaching the intersection, two individuals declined and were subsequently arrested for Criminal Law Article 10-201 Disorderly Conduct, Disturbance or the Public Peace, Nuisances.

Nick Cavey

On Tue, Feb 6, 2018 at 12:04 PM, Broom, Scott <sbroom@wusa9.com> wrote:

> Nick,
>
> I'm a reporter assigned to follow up on the arrest of 2 men near lawyer's mall last night.
>
> Can you give me a ring please with the basic information? Names, charges – and charging docs please.
>
> Any statement from the department regarding the incident as well.
>
> Best Regards
>
> Scott Broom
>
> Reporter
>
> WUSA9 Washington DC
>
> sbroom@wusa9.com
>
> @ScottBroom on Twitter
>
> Scott Broom WUSA9 on Facebook

**EXHIBIT T**

--



Nick Cavey
Director of Communications
Maryland Department of General Services
301 W. Preston Street
Baltimore, Maryland 21201
Office Phone:
Cell Phone:

STATE_004762

**From:** "Davis, Phillip" <pdavis@capgaznews.com>
**To:** "nick.cavey1@maryland.gov" <nick.cavey1@maryland.gov>
**Subject:** The Capital Question
**Date:** Wed, 14 Feb 2018 21:05:32 +0000

---

Hello Mr. Cavey, this is Phil from The Capital again.

Just wanted to see if DGS has a comment on the federal lawsuit filed against Sgt. Brian T. Pope and Col. Michael Wilson. In it, Jeff and Kevin Hulbert allege that Capitol Police charged them with additional crimes after they spoke to the media about their arrest last week, saying the charges were in "retaliation."

My deadline is at 5 p.m. Thank you for your time.


---
Phil Davis
Courts/Crime Reporter for The Capital

**From:** Bryna Zumer <bzumer@sbgtv.com>
**To:** "terry.custer@maryland.gov" <terry.custer@maryland.gov>, "todd.may@maryland.gov" <todd.may@maryland.gov>, "rebecca.labs@maryland.gov" <rebecca.labs@maryland.gov>
**Subject:** question about 2/5 charges
**Date:** Sat, 10 Feb 2018 01:53:35 +0000

Hi,
I'm with WBFF FOX45 and I understand charges are being dropped against Jeff and Kevin Hulbert, who were protesting near the State House on Feb. 5.
Could we get more details about this incident, and the police agency's response?

Thank you,

# Bryna Zumer
**Digital Content Producer**
**FOX45 News WBFF - Baltimore**
2000 West 41st Street, Baltimore, Maryland 21211
Phone: █████████

**From:** "Sears, Bryan" <bsears@thedailyrecord.com>
**To:** michael.wilson@maryland.gov
**Subject:** Media INquiry: Protesters
**Date:** Fri, 9 Feb 2018 13:11:54 -0500

Chief Wilson,

We spoke on Tuesday about the charging of the Hulbert Brothers on Monday night.

Del. Kic Kipke tells me he and other Delegates met with you yesterday to discuss some concerns they had. he mentioned that the state's attorneys office had reviewed video of the protest and arrest and determined no crime had been committed and that you (or someone in your office) informed the delegates that the charges in the civil citations would be dropped.

I wanted to confirm that detail as well as the state's atty review.

I also wanted to ask how this review will affect future enforcement of the use of the sidewalk areas and protests in general in the immediate future as the session progresses.

Thanks

Bryan Sears

--

Bryan P. Sears

Government Reporter


Eye On Annapolis Blog

Follow me on Twitter and Facebook


The Daily Record

200 St. Paul Street

Ste. 2480

Baltimore, MD 21202


[O] 

[C]

*Want to subscribe to The Daily Record? Take advantage of my employee discount! Get either 1 year print & digital access for only $199 (save $90) or 1 year digital only access for $99 (save $70).* [Click here](#).

This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply e-mail and delete this message. Thank you for your cooperation.

STATE_003632