|  |  |
|---:|:---|
| **From:** | Michael Wilson -DGS- <michael.wilson@maryland.gov> |
| **To:** | wadams@aacounty.org |
| **Cc:** | Ellington Churchill <ellington.churchill@maryland.gov> |
| **Subject:** | Maryland Capitol Police |
| **Date:** | Fri, 9 Feb 2018 11:31:13 -0500 |
| **Attachments:** | Patriot_Picket_Lettter_-_Dropping_Charges.dotx |
| **Inline-Images:** | changingMD.png |

Sir,

Attached is an official letter from me, asking that all charges be dropped against Jeff and Kevin Hulbert, involving their arrests by my Department on Monday, February 5, 2018. I appreciate the support you have given, and your guidance involving this case. Please let me know that you received this email, so I may reach out to the Hulberts and advise of our actions. Thank you!



Colonel Michael Wilson
Maryland Capitol Police
Department of General Services
301 W. Preston S., Room M-5
Baltimore, Maryland 21201
michael.wilson@maryland.gov
▓▓▓▓▓▓▓▓ (office)
▓▓▓▓▓▓▓▓ (cell)
Click Here to complete a three question customer experience survey.

EXHIBIT V

STATE_003557

Larry Hogan
*Governor*

Boyd K. Rutherford
*Lt. Governor*



Ellington E. Churchill, Jr.
*Secretary*

Michael S. Wilson
*Chief of Police*

## MARYLAND DEPARTMENT OF GENERAL SERVICES
### MARYLAND CAPITOL POLICE

February 9, 2018

On Monday, February 5, 2018 at approximately 1920 hours, the Maryland Capitol Police responded to the Lawyers Mall area (intersection of College Avenue and Bladen Street, Annapolis, Anne Arundel County Maryland) to investigate a rally/ demonstration for which a permit was not secured through the department.

Upon our arrival, officers identified approximately 6 individuals belonging to a group identified as the "Patriot Picket Organization". They were located on the sidewalk, beside College Avenue at the intersection of Bladen Street. MCP acting in good faith, concerned for the safety of pedestrians and demonstrators in the area, ordering the demonstrators to move into the mall area. Our concern was that vehicular traffic at this intersection would jeopardize the safety of pedestrians using one of the four crosswalks, based on the following:

- Prior pedestrian accidents at this same location
- Darkness at the hour of the protest
- Limited visibility in the intersection at the time (light towers)
- Drivers being distracted by protestors, waving/carrying large signs into the crosswalks and along the sidewalk, limiting the visibility of pedestrians and drives

As a result of demonstrators refusing to move to a safer location after being advised to do so on three separate occasions, two of the protestors were arrested and charge on criminal citations. Mr. Jeff Hulbert and Mr. Kevin Hulbert were charged at the Annapolis Police Department and released after signing the criminal citations.

On Thursday, February 8th at approximately 1500 hours, I met with the Anne Arundel County States Attorney, Wes Adams to discuss the merits of this case. After reviewing all evidence covering the event, and the discussion with the States Attorney; I have decided that it is in the best interest of all parties involved to drop all criminal charges against both defendants.

The Maryland Capitol Police fully supports the 1st Amendment Rights of freedom of speech and the right to peacefully assemble. The department is committed to providing a safe environment for employees, visitors, and protestors that frequent our facilities, which is also why we have the ability to determine times, locations, and venues in which these demonstrations may occur; particularly when it involves the safety of others. We work hard at facilitating an orderly environment that is safe and pleasant for all to express their 1st amendment rights.

*MS Wilson*

Colonel Michael Wilson
Maryland Capitol Police
Department of General Services
301 W. Preston Street, Suite M-5
Baltimore, MD 21201
410-767-6744

ANNAPOLIS DETACHMENT
29 St. Johns St. • Annapolis, MD 21401
410-260-2911 • fax: 410-974-2224
email: DGS.MCP@maryland.gov

BALTIMORE DETACHMENT
301 W. Preston St., Room M-5 • Baltimore, MD 21201
410-767-2911 • fax: 410-333-7036
email: DGS.MCP@maryland.gov

STATE_003558

**From:** Michael Wilson -DGS- <michael.wilson@maryland.gov>
**To:** wadams@aacounty.org
**Subject:** Maryland Capitol Police
**Date:** Fri, 9 Feb 2018 12:51:17 -0500
**Attachments:** Patriot_Picket_Letter_2.doc
**Inline-Images:** changingMD.png

---

Wes,

Please use this letter as my official request to drop charges.  The first letter had a spelling error.......

Thank you!



Colonel Michael Wilson
Maryland Capitol Police
Department of General Services
301 W. Preston S.,  Room M-5
Baltimore, Maryland 21201
michael.wilson@maryland.gov
███████████ (office)

Click Here to complete a three question customer experience survey.



Larry Hogan
*Governor*

Boyd K. Rutherford
*Lt. Governor*

Ellington E. Churchill, Jr.
*Secretary*

Michael S. Wilson
*Chief of Police*

**MARYLAND DEPARTMENT OF GENERAL SERVICES**
**MARYLAND CAPITOL POLICE**

February 9, 2018

    On Monday, February 5, 2018 at approximately 1920 hours, the Maryland Capitol Police responded to the Lawyers Mall area (intersection of College Avenue and Bladen Street, Annapolis, Anne Arundel County Maryland) to investigate a rally/ demonstration for which a permit was not secured through the department.

    Upon our arrival, officers identified approximately 6 individuals belonging to a group identified as the "Patriot Picket Organization". They were located on the sidewalk, beside College Avenue at the intersection of Bladen Street. MCP acting in good faith, concerned for the safety of pedestrians and demonstrators in the area, ordering the demonstrators to move into the mall area. Our concern was that vehicular traffic at this intersection would jeopardize the safety of pedestrians using one of the four crosswalks, based on the following:

- Prior pedestrian accidents at this same location
- Darkness at the hour of the protest
- Limited visibility in the intersection at the time (light towers)
- Drivers being distracted by protestors, waving/carrying large signs into the crosswalks and along the sidewalk, limiting the visibility of pedestrians and drivers

    As a result of demonstrators refusing to move to a safer location after being advised to do so on three separate occasions, two of the protestors were arrested and charge on criminal citations. Mr. Jeff Hulbert and Mr. Kevin Hulbert were charged at the Annapolis Police Department and released after signing the criminal citations.

    On Thursday, February 8th at approximately 1500 hours, I met with the Anne Arundel County States Attorney, Wes Adams to discuss the merits of this case. After reviewing all evidence covering the event, and the discussion with the States Attorney; I have decided that it is in the best interest of all parties involved to drop all criminal charges against both defendants.

    The Maryland Capitol Police fully supports the 1st Amendment Rights of freedom of speech and the right to peacefully assemble. The department is committed to providing a safe environment for employees, visitors, and protestors that frequent our facilities, which is also why we have the ability to determine times, locations, and venues in which these demonstrations may occur; particularly when it involves the safety of others. We work hard at facilitating an orderly environment that is safe and pleasant for all to express their 1st amendment rights.

*MS Wilson*

Colonel Michael Wilson
Maryland Capitol Police
Department of General Services
301 W. Preston Street, Suite M-5
Baltimore, MD 21201
410-767-6744

ANNAPOLIS DETACHMENT
29 St. Johns St. • Annapolis, MD 21401
410-260-2911 • fax: 410-974-2224
email: DGS.MCP@maryland.gov

BALTIMORE DETACHMENT
301 W. Preston St., Room M-5 • Baltimore, MD 21201
410-767-2911 • fax: 410-333-7036
email: DGS.MCP@maryland.gov

STATE_003669