**From:** Michael Wilson -DGS- <michael.wilson@maryland.gov>
**To:** Jeff Hulbert <jeffhulbert@aol.com>
**Subject:** Patriot Picket
**Date:** Fri, 9 Feb 2018 13:04:42 -0500
**Inline-Images:** changingMD.png

---

Jeff,

I dont have your cell or I would have called you. I tried reaching out to your brother on the phone number he provided (███████).

After looking at the video tape footage and conferring with the States Attorney's Office, I believe it is in the best interest of all to drop all charges against you both. I have sent an official request to Wes Adams, States Attorney, and he has agreed to let me withdraw all charges. This will occur today.

You should also know that MCP was acting in good faith, out of the concern for the safety of pedestrian crossing the roadway at that location.

You should know that none of the paperwork or criminal citations were entered into the system. Please call if you have any questions. My cell is ███████.



Colonel Michael Wilson
Maryland Capitol Police
Department of General Services
301 W. Preston S.,  Room M-5
Baltimore, Maryland 21201
michael.wilson@maryland.gov
███████ (office)

Click Here to complete a three question customer experience survey.

**EXHIBIT W**

STATE_003662