IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFF HULBERT, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Case No. 1:18-CV-00461-SAG |
| SGT. BRIAN T. POPE, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Defendants' Motion for Summary Judgment, any opposition thereto, and any argument thereon, it is this \_\_\_\_ day of _____ 2021, by the United States District Court for the District of Maryland,

**ORDERED** that Defendants' Motion for Summary Judgment be, and it is hereby **GRANTED**; and it is further

**ORDERED** that judgment be, and it is hereby, **ENTERED** in favor of Defendants Sgt. Brian T. Pope and Col. Michael Wilson, and against Plaintiffs Jeff Hulbert, Kevin Hulbert, and Maryland Shall Issue, Inc.; and it is further

**ORDERED** that the Clerk shall enter judgment against Plaintiffs and in favor of Defendants.

_____
Judge, United States District Court for the District of Maryland

cc:     All parties and counsel of record