IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Jeff Hulbert, *et al*.<br><br>   *Plaintiffs*,<br><br>  v.<br><br>Sgt. Brian Pope, *et al*.<br><br>   *Defendants*. | Civil No.: 1:18-CV-00461-SAG |

**ORDER**

**UPON CONSIDERATION** of the Plaintiffs' Consent Motion to Extend Time, it is this it is this 19th day of January, 2021, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that the Plaintiffs' Consent Motion to Extend Time is hereby **GRANTED**; and it is further

**ORDERED**, that the following filing deadlines shall be modified as follows:

<u>Plaintiffs' Opposition Deadline</u>:  Extended from 01/20/2021 to 02/10/2021

<u>Defendants' Reply Deadline</u>:  Extended from 02/10/2021 to 03/03/2021

NO FURTHER EXTENSIONS WILL BE GRANTED.

                 /s/
                Stephanie A. Gallagher
                United States District Judge