IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------
                             :
JEFF HULBERT, ET AL.,        :
                             :
              Plaintiffs,    :
                             :
          vs.                :CIVIL ACTION NO.:
                             :   GLR18-CV-461
SERGEANT BRIAN POPE, ET AL., :
                             :
              Defendants.    :
------------------------------

                        August 23, 2019

Deposition of

             JEFF HULBERT,

a Plaintiff, called for examination by counsel for

the Defendants, pursuant to Notice, at the Department

of General Services, 300 West Preston Street, Room 608,

Baltimore, Maryland 21201, commencing at 9:30 a.m.,

there being present on behalf of the respective

parties:

**Exhibit A**

1  hours notice.  That also occurs.  Not everything is

2  structured.

3      Q    Now, you referred to your group as a loose

4  confederation; is that correct?

5      A    Yes.

6      Q    Tell me the name of your group, or does your

7  group have a name?

8      A    The Patriot Picket.

9      Q    And when you say loose confederation, what do

10  you mean by that?

11      A    We don't have any  - we're not signed up as a

12  registered with anyone.  We are a  - best I could

13  describe it, it would be a club without a clubhouse.

14      Q    And does Patriot  - so Patriot Picket  -

15      A    Yes.

16      Q    Or The Patriot Picket --

17      A    The Patriot Picket.

18      Q    - doesn't have any formal organization; is

19  that accurate to say?

20      A    That would be accurate.

21      Q    And who makes up The Patriot Picket?

1     A     The Patriot Picket is populated by folks who

2 have read about us on online forums, where they can

3 read a call to show up to demonstrate.  And so over the

4 years we have a kind of a core group of people who do

5 it, and then we have others who show up.  So our

6 demonstrations can go from a half dozen people to

7 almost 400 people.

8     Q     And do you have a membership list; does The

9 Patriot Picket have a membership list?

10     A     No.  We don't ask for membership  - to keep a

11 membership list because we think people would like to

12 contribute their time, and doesn't necessarily want to

13 be on a list.  They would like to respond to a public

14 call for action.  That's what we do.  We  - we're kind

15 of an open source.  We make calls to demonstrate. And

16 if you're with us on this idea, then you're welcome to

17 join us.  We give the time, place, and we say often we

18 have the signs available, messaging ready.  If you  -

19 and we often print pictures of our signs, sometimes in

20 advance.  And we say if you would like to join us, we

21 welcome you to do that.

1     Q    So there's no qualification to be a member of

2 The Patriot Picket?

3     A    I would say people self qualify.

4     Q    Now, looking at the list of highlighted

5 demonstrations in exhibit 1, in answer to interrogatory

6 16, which if any of those highlighted demonstrations

7 were conducted by or with The Patriot Picket group?

8     A    I would say all of them.  We are the core

9 that has  - that creates the time, place, location,

10 guidance, instruction, where to park, how long we'll be

11 there.  And a lot of the emanates from me, as the

12 founder of the group.

13     Q    Now, this lawsuit that you filed concerns a

14 couple of events, one of which occurred  - a series of

15 events, some of the events occurred on February 5,

16 2018, and some occurred on February 6, 2018; is that

17 accurate?

18     A    Yes.

19     Q    Now, I want to first concentrate on the

20 events of February 5, 2018.  If you could draw your

21 attention to that date.  Was February 5, 2018, a day in

1  which you and The Patriot Picket conduced a man up

2  demonstration in Annapolis?

3       A    That's my recollection.

4       Q    And was the demonstration conducted on the

5  sidewalk adjacent to Lawyer's Mall, at the intersection

6  that you previously described?

7       A    Yes.  It would have in common with all our

8  demonstrations as occurring on a public sidewalk.

9       Q    And what time did you arrive at the

10 demonstration site, on February 5?

11      A    I don't recall the exact time.  But it would

12 be in the area I believe between five and six o'clock.

13      Q    And what were your plans for that evening of

14 demonstrations?

15      A    We brought our messaging.  We invited people

16 to join us.  And we had a crew of about eight people

17 with signs, and we were going to message whoever was

18 going to be in front of us.

19      Q    And what do your demonstrations for Man up

20 Monday usually consist of?

21      A    I don't understand the question.

1    Q    Well, what do you do as The Patriot Picket

2  during a Man up Monday demonstration?

3    A    We demonstrate for constitutional principles.

4  Our belief is that government needs to follow

5  constitutional principles, and we are very active in

6  that.

7    Q    And let me say that I'm not asking you to

8  describe the subject of your demonstration at this

9  point.

10    A    Uh-huh.

11    Q    I'm more interested in the pragmatic details

12  of how your group conducts a demonstration.  You said

13  earlier that you would have signs ready; is that right?

14    A    Yes.

15    Q    So having that further explanation, can you

16  tell me what your demonstrations on Man up Monday

17  usually consist of?

18    A    People arrive, choose a sign with a message

19  that comports with a message that they would like to

20  have politicians or the voters see, take a position on

21  the public sidewalk.  They hear from me as the leader

1  of the group that we're on a public sidewalk, but we

2  have to be very careful to not impede anyone's ability

3  to walk on the sidewalk.  And by that I mean be careful

4  with conversations.  Our signs are poster size, so I

5  tell everybody the most important issue for us to be on

6  the public sidewalk is to do it in a way that gets

7  messages to the voter, but is unobtrusive in terms of

8  proceeding on the sidewalk.

9      Q    What  - do you designate an area for your

10  group in which they are to remain within during the

11  demonstration?

12      A    The area designates itself.  The area that we

13  stand on has a sidewalk that's been expanded to about

14  15 to 18 feet in width.  Farther down on one side and

15  farther on the other side the sidewalk goes to what you

16  might call a normal width that comports with Americans

17  with Disabilities Act.  But the public sidewalk in

18  front of the curb there on College Avenue is very wide,

19  and it gives us a lot of latitude, it gives us great

20  confidence that we're not impeding the public.

21      Q    Well, you said that that area of sidewalk has

1 been expanded.  On February 5, 2018 --

2      A    I don't  - I'm not sure it's been expanded. I

3 say we have found a public sidewalk with a lot of

4 space.

5      Q    If I could remember --

6      A    Yes.

7      Q    You've got to wait for me to finish my

8 question even though you know where I'm going.

9      A    Yes.

10      Q    Let me ask a similar question again.  On

11 February 5, 2018, did you designate a specific area on

12 the sidewalk where your group was to limit their

13 demonstration?

14      A    Yes.

15      Q    And what did you describe to your group as

16 that area on the sidewalk?

17      A    The sidewalk adjacent to the curb at College

18 Avenue, facing Bladen Avenue.

19      Q    Was there any other sidewalk area or other

20 area that you directed your picketers to walk to or to

21 cover with your demonstration?

1    A    I tell the folks if they would like to stroll

2 to use the public sidewalk, as long as they don't

3 impede, they can take their message a little farther

4 out if they want.  But we like the area where Bladen

5 Avenue meets College Avenue because we believe we're

6 seen by the most people and the most legislators.

7    Q    And that intersection is where most

8 legislators and most people are going to be in

9 Annapolis between six p.m. and nine p.m. on Mondays,

10 right?

11    A    I don't know about Annapolis.  I think the

12 intersection near the mall is a busier intersection for

13 pure numbers of people.

14    Q    But for your purposes, sir?

15    A    For our purposes to be in front of

16 legislators and voters, we think that's the best place

17 to be.

18    Q    Aside from carrying signs --

19    A    Yes.

20    Q    - what other activities does The Patriot

21 Picket conduct during Man up Monday demonstrations?

1    A    It's not unusual for people to sometimes ask

2  us questions.  We've had legislators come by and stop

3  and write down the bill numbers of the bills that we're

4  messaging about, saying  - in one case the chairman of

5  the Judiciary Committee in the House said I need to

6  take a look at thise bills.  Because what we do is

7  supply messaging and we supply the bill numbers for

8  anybody who can  - sometimes people take pictures.

9  Legislators will take pictures of them.  And I believe

10 one reason for that is they want to have a record what

11 the message is and what the bill number is.  So we're a

12 full service messaging agency.

13    Q    Do you, as The Patriot Picket, use any

14 bullhorn or sound magnification devices during your

15 demonstrations?

16    A    It's happened a couple of times.  The primary

17 time was the week after my brother and I were arrested.

18 We had a very large group come.  And I had a bullhorn

19 to help direct traffic, actually.  One of my jobs on

20 the night that we had a demonstration marking our

21 arrest was for me to use a bullhorn to ask people to

1  hold up at the crosswalk so we could let traffic

2  through.  Because we knew we had a lot of people there,

3  and we were trying to be helpful.  Police direct

4  traffic, but we were also trying to be helpful.  And I

5  use a bullhorn.  Generally we don't need to use a

6  bullhorn.  Our issue is our signs bring the message. We

7  make them so they can be read from across the street.

8      Q    On February 5, 2018, during your

9  demonstration, did you use any bullhorn or sound

10 magnification devices?

11     A    Not that I recall.

12     Q    Did you have any other activity that you

13 conducted aside from people holding signs and walking

14 in different areas on the sidewalk and across the

15 streets?

16     A    We had conversations with legislators.  That

17 was no different than  - February 5 was not different

18 than any other day.  We have conversations, we answer

19 questions, sometimes we verbally urge legislators to

20 please take a look at this bill.  SO we message and we

21 converse.

1    A    Yes.  I complained about the cuffs.  I was

2  wearing at least two winter coats, because it was a

3  February night.  I told him the cuffs were

4  uncomfortable because I had a hard time having my hands

5  pulled behind my back because of the number of layers

6  of clothing I had on.

7    Q    So the handcuffs went over your clothing; is

8  that what you're saying?

9    A    Well, the reason they're uncomfortable is

10  they had to pull my arms back together behind my back

11  with two large winter coats on, which made the ability

12  to try to get my wrists together very difficult.  But

13  they forced my hand into handcuffs that were not

14  articulating handcuffs.  I mean, something to know that

15  they are articulating handcuffs, these were hinged

16  handcuffs.  And I told him I was in pain.  He said

17  you're just going to have to deal with it.

18    Q    Did you say anything else to Sergeant Pope

19  other than that, at the scene arrest?

20    A    No.

21    Q    Did you say anything else to any other police

1 officer at the scene of the arrest?

2      A    I don't recall talking to the police

3 officers.  I made declarations when I was in handcuffs.

4 I saw somebody videotaping and I made the declaration

5 as, I don't know why I've been arrested.  I'm

6 demonstrating peacefully on a public sidewalk.  So I

7 don't know why this has happening.  Something  - some

8 words to that respect.

9      Q    So that you were directing to the public at

10 large.  You weren't directing that to a particular

11 officer; is that correct?

12      A    No.  I didn't speak to the officers.  I was -

13 I didn't want to resist or give them any idea that I

14 was upset with them in any way.  So I didn't have any

15 conversations with them.  Any declarations I made were

16 for bystanders and to people who were videotaping.  I

17 could see them videotaping because I saw the lights on

18 their video phones.

19      Q    Well, you mentioned earlier that your brother

20 was taking a videotape?

21      A    Yes.

1    Q    A recording?

2    A    Yes.

3    Q    And that that still exists.  And you

4  mentioned, aside from that, still photographs which

5  have been uploaded to a website?

6    A    Yes.

7    Q    Now you're mentioning that there is an

8  alternative or an additional recording going on at the

9  time of your arrest?

10   A    Yeah.  We later learned it was news media.

11 There was a  - Bryan Sears of I believe the "Maryland

12 Reporter" saw the commotion because there were eight

13 police cars, about eight, six to eight police cars with

14 their lights engaged, no sirens, but lights engaged,

15 basically clogging the intersection where it appeared a

16 mass arrest was underway.  I understand from his

17 reporting that he saw the commotion and started his

18 video camera, I believe at the point where I was

19 already in handcuffs.

20   Q    Have you ever seen that recording?

21   A    I saw it at commensurate with the time it

1 happened.

2      Q     Explain that to me?

3      A     I saw it when  - when he recorded it and put

4 it online, I watched it.  And I saw my declaration that

5 I didn't understand why I was being arrested when I was

6 on a public sidewalk.

7      Q     And what website would that be found in?

8      A     You'd have to look it up.  His name is Bryan

9 Sears, BRYAN, Sears, as in Sears and Roebuck.

10          MR. MCCARTHY:  would that be The Daily

11 Record?

12          THE WITNESS:  I believe so.  But at this

13 point the media tends to run together a little bit. But

14 it's Bryan Sears took that video.

15          BY MR. FREDRICKSON:

16      Q     And after the arrest you were tranported to

17 Annapolis City Police Precinct; is that correct?

18      A     I didn't know where they were taking me.  But

19 that's where I now understand I ended up.

20      Q     And do you recall how long that transport

21 took between Lawyer's Mall area and the Annapolis City

1  Police Precinct?

2      A    It seemed to take forever because I was in

3  pain.  I had my handcuffs cuffed behind me.  And I

4  complained again that I was in pain.  And I don't

5  recall  - I now know the distance to where I was taken.

6  I knew where I was basically after I was released.  And

7  that was about, I would say a mile or two, I don't

8  know, a mile-and-a-half, two miles from where I was

9  arrested.

10     Q    And what happened at the Annapolis City

11 Police Precinct?

12     A    We were sat on a metal bench.  And they took

13 the one handcuff off me and they locked me to the metal

14 bench.

15     Q    And when you saw we, you mean you and your

16 brother, Kevin?

17     A    My brother, Kevin, was sitting next to me. He

18 was transported in a different vehicle, but we boh

19 eventually were brought to the same area.

20     Q    And do you know why you were handcuffed to

21 the bench?

1    A    No.

2    Q    Did you have any communication or interaction

3 with Sergeant Pope at the Annapolis City Police

4 Precinct?

5    A    Don't recall any.

6    Q    Do you know if your brother had any

7 interaction or communication with Sergeant Pope at the

8 Annapolis City Police Precinct?

9    A    Not that I recall.

10    Q    Do you recall anything that Sergeant Pope

11 communicated to you while you were in the Annapolis

12 City Police Precinct?

13    A    He asked for my personal information to fill

14 out a citation.

15    Q    And were you eventually given a citation by

16 Sergeant Pope?

17    A    Yes.

18    Q    And were you released immediately thereafter?

19    A    We were there probably an hour.

20    Q    Yes.  But as far as the timing of your

21 release, were you released immediately after you

1 received the citations from Sergeant Pope?

2     A    My recollection is we received our citations,

3 and then we had to wait a few minutes for somebody to

4 walk us upstairs. And my recollection, we had top go

5 up a flight of stairs to a public lobby.

6     Q    And when were your handcuffs removed when you

7 were at the Annapolis City Police Precinct building?

8     A    Not until just before my citation was handed

9 to me.

10     Q    So when you walked upstairs you didn't have

11 handcuffs on?

12     A    No.

13     Q    Did Sergeant Pope cause you to be injured

14 during your arrest on February 5, 2018?

15     A    Yes.

16     Q    And what injuries did you sustain?

17     A    I sustained wrist abrasions and muscle cramps

18 as a function of having my arms forcefully pulled

19 behind my back and put into handcuffs that did not

20 allow any movement, despite the fact that I asked for

21 some relief. Because I told them, I'm wearing two

1 winter coats, and you've cuffed my hands behind my

2 back. My wrists don't really meet, except you forced

3 them together to handcuff me. And could I get some

4 relief? And I was never accommodated in any way.

5     Q    Did you seek any medical treatment for those

6 injuries?

7     A    No.

8     Q    Have you ever discussed those injuries with

9 any health care provider?

10     A    Not that I recall.

11     Q    Did any other police officer cause you any

12 injury during your arrest of February 5, 2018?

13     A    There was another  - the officer --

14     MR. HANSEL:  Let me just clarify.  You're

15 asking about physical injury, obviously, not mental

16 pain and suffering?

17     MR. FREDRICKSON:  Any injury.

18     MR. HANSEL:  So to both, so physical or

19 mental pains?  Okay.

20     THE WITNESS:  Well, the second officer, I

21 asked him would he  - my recollection, would you remove