IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

-------------------------------
                              :
JEFF HULBERT, ET AL.,         :
                              :
           Plaintiffs,        :
                              :
           vs.                : CIVIL ACTION NO.:
                              :    GLR18-CV-461
SERGEANT BRIAN POPE, ET AL.,  :
                              :
           Defendants.        :
-------------------------------

August 23, 2019

Deposition of

KEVIN HULBERT,

a Plaintiff, called for examination by counsel for the Defendants, pursuant to Notice, at the Department of General Services, 300 West Preston Street, Room 608, Baltimore, Maryland 21201, commencing at 1:30 p.m., there being present on behalf of the respective parties:

HUNT REPORTING COMPANY
Court Reporting and Litigation Support
Serving Maryland, Washington, and Virginia
410-766-HUNT (4868)
1-800-950-DEPO (3376)

**Exhibit B**

```
 1  accident 30 years ago, no.
 2       Q    When was your first encounter with Sergeant
 3  Pope on February 5, 2018?
 4       A    My estimate is that it occurred around 6:30
 5  p.m.
 6       Q    And what were the circumstances?
 7       A    I was alone on the public sidewalk.  I had
 8  been dropped off with a collection of signs.  I wanted
 9  to be there early, and so I was there by myself.
10       Q    And who had dropped off the signs?
11       A    My brother, Jeff, dropped me off.
12       Q    And how did you encounter Sergeant Pope at
13  that time?
14       A    I recall he approached me.
15       Q    And where were you at the time?
16       A    I was at approximately the center of the
17  public sidewalk.  There are two crosswalks on College
18  Avenue.  And I was approximately at the center between
19  those two crosswalks, but on the public sidewalk.
20       Q    And do you  -
21       A    Equal distance from  - I'm sorry.  Equal
```

1  distance from each crosswalk, approximately the center.

2      Q    And you were on the sidewalk that was

3  immediately adjacent to Lawyer's Mall; is that correct?

4      A    Yes.  I was on the public sidewalk.

5      Q    I understand.

6      A    Nearer to the curb.

7      Q    At any time on February 5, 2018, did you have

8  communication with Chief Wilson?

9      A    No.

10     Q    Did you know where Chief Wilson spent the day

11 on February 5, 2018?

12     A    No.

13     Q    When Sergeant Pope first approached you on

14 February 5 what did he say to you?

15     A    At first he made small talk.  And then he

16 said, I've got to get going, but by the way, when the

17 other people come to join you  - I'm paraphrasing -- he

18 said I want you to move your demonstration into

19 Lawyer's Mall.

20     Q    Because it's important, I'm going to ask you

21 to try to recall to the best of your abilities exactly

1  what words Sergeant Pope used when he first
2  communicated with you on February 5; can you do that?
3      A    I can't.  I can't recall his exact words.  I
4  wasn't recording any video or audio as I did later.
5      Q    Can you tell me any exact words that Sergeant
6  Pope used when he first encountered you on February 5,
7  2018?
8      A    I can't recall the exact words.  I just
9  remember the general idea, that he was informing me
10 that we couldn't be on the public sidewalk, that we
11 needed to move any demonstration into Lawyer's Mall.
12     Q    Did you understand what Sergeant Pope was
13 telling you?
14     A    I was confused a little bit.  I didn't know
15 why he was telling me that information at first.  And
16 he didn't say where in Lawyer's Mall.  He just
17 indicated by pointing, I think the direction would be
18 to the south, towards Lawyer's Mall, that that's where
19 we had to go with our demonstration.
20     Q    And how did you respond to Sergeant Pope's
21 statement?

1        A     I listened politely and was trying to
2   understand what he was telling me.
3        Q     Did you make any verbal response to him at
4   all?
5        A     I think at that time I asked him what this
6   was about.  And at that time I believe that's when
7   Sergeant Pope told me that there had been a change in
8   the policy, and that it had come down from the chief.
9   That's what I recall.
10       Q     Well, that's what he's saying to you.  What
11  did you say to him?
12       A     I just simply accepted that.  I listened and
13  I didn't have a response.
14       Q     You didn't ask for an explanation?
15       A     No.  He gave me the explanation, the reason
16  he was telling us to move, as I understood it, the
17  reason he was telling us to move was because he said
18  there had been a change in the policy, and that it had
19  come down from Chief Wilson.
20       Q     Because it's important, can you tell me to
21  the best of your abilities exactly what Sergeant Pope

1  said in regards to any change in policy?

2      A   No.  I'm paraphrasing.  He used the word

3  "policy," and he named Chief Wilson, and that there had

4  been a change.  Those words reflect what he told me.

5      Q   And did you respond at all to that

6  explanation from Sergeant Pope that you just

7  paraphrased?

8      A   No.  I think I thanked him for stopping by.

9      Q   Did you contact anyone or take any action

10 after your brief communication with Sergeant Pope?

11     A   No.

12     Q   When did you next see Sergeant Pope on

13 February 5, 2018?

14     A   He approached us, as I recall, from the east,

15 along the sidewalk.

16     Q   And what time was that?

17     A   This was about 45 minutes later, as I recall.

18 I don't have specific times for when he first

19 approached me.  And let me correct that.  Because I

20 next recall that as he came towards me, that was the

21 second time I had seen him that night.  And at this

1  point I turned on my camera, my camera phone and began

2  recording video and audio.

3       Q    Did you record the entire interaction between

4  Sergeant Pope and your group of demonstrators?

5       A    I recorded almost all of it. It began when

6  he spoke to Jeff.

7       Q    Now, at this second encounter with Sergeant

8  Pope did you have any direct communication with him?

9       A    No. I didn't speak to him.

10      Q    In this second encounter with Sergeant Pope

11 did he speak to you at all?

12      A    No. He was speaking loudly, I assume so that

13 the group could hear him speaking.

14      Q    But your testimony is that he never spoke to

15 you directly; is that correct?

16      A    He didn't address me personally, is my

17 recollection. He didn't attempt to speak to me as an

18 individual. He was directing his remarks to my

19 brother. And as I say, he was speaking loudly as if to

20 have the entire group hear him in what he was saying.

21      Q    And was it clear what Sergeant Pope was

1  telling your brother and the group?

2      A    I recall he said, you can't be on the

3  sidewalk.  You have to be in Lawyer's Mall.

4      Q    Is that all he said?

5      A    He might have repeated some portion of that.

6  I can't say from recollection.

7      Q    Did Sergeant Pope order you or anyone from

8  your group to do anything specifically at that time?

9      A    No.  I think my recollection is that he

10 repeated some portion of it, and then he turned his

11 back and walked away to the east again, where he had

12 come from.

13     Q    And did Sergeant Pope return to talk with you

14 or anyone from your group?

15     A    Yes, he did.

16     Q    And when was that, and what did he say?

17     A    He said, I told you that you have to be in

18 Lawyer's Mall.  I'm trying to remember the exact

19 sequence.  Well, that's what I remember so far.

20     Q    Did Sergeant Pope warn you or anyone in your

21 group that they would be subject to arrest if his

1  orders weren't followed?

2      A    No.  My brother, at that point, responded, I
3  think I have the chief's number.  Can we call the
4  chief?  At this point Sergeant Pope was walking away.
5  And that's when he picked up the microphone of his
6  radio and he said something.  And the portion I
7  remember hearing was, we have some people to arrest.

8      Q    Now, up to that point were you still
9  recording the events and the communications?

10     A    Yes.  I have three videos which represent me
11 starting and stopping the camera three times.

12     Q    So there are gaps of time in between those
13 three videos?

14     A    Just briefly.

15     Q    And do you still have copies of those video
16 files?

17     A    Yes.  The raw files.

18     Q    Do you know of any other recordings or
19 documentations that were made of the events that you
20 just described?

21     A    I've seen videos taken by others.

1    Q    How about still photos?

2    A    I'm sorry?

3    Q    How about still photos?

4    A    Yes.  I have seen some still photos.

5    Q    Do you have copies of any of those photos

6  under your control?

7    A    I have a few that I copied from the internet,

8  but mostly not.  They were photos and videos which I

9  viewed on the internet, news video and news

10 photographs.

11   Q    And where did you  - what site did you access

12 the data from?

13   A    I looked for links to the news stories

14 online.

15   Q    But you don't remember any specific website

16 that you went to in order to download copies of either

17 video or still photos?

18   A    No.  I was, I think I was Googling the

19 information and looking at  - I recall looking at Bryan

20 Sears, I think of the daily record, that he had

21 captured video.  Although, he is primarily a print

1  reporter.

2      Q    When Sergeant Pope finished his communication
3  on his radio, what did he do next?

4      A    He turned and began to walk west, towards us
5  again, meaning towards the center of the area where we
6  were standing.  He had walked to the east to make his
7  radio transmission, which we could overhear partially.
8  Then he turned west and came walking back.  And Jeff
9  attempted to ask him a question.  And I recall he put
10 his hand up and said no, you're all under arrest.

11     Q    And how close were you to Sergeant Pope when
12 he said that?

13     A    I was video recording him at that time, and
14 he walked from a position maybe 20 feet away to within
15 maybe 10 feet of me when he put his hand up and made
16 that statement.

17     Q    How close was Sergeant Pope to Jeff Hulbert
18 when he made that statement?

19     A    I don't recall because he was out of my
20 viewfinder. I was looking through the viewfinder of my
21 camera, you know, at the picture I was recording.

1   Q   What did Sergeant Pope do next?

2   A   He continued to walk towards me and passed me

3   on the sidewalk.  I maintained my position, and I kept

4   the camera on Sergeant Pope as he walked towards me.  I

5   recall he coughed heavily as he passed me.  I pivoted

6   as he walked past me, continuing to the west.  And he

7   walked past me another five to seven feet, and turned

8   around, and faced east again toward me.  I had pivoted

9   and maintained him in my camera view the entire time.

10   Q   And by that you mean that you had followed

11   him for the distance; is that right?

12   A   With my camera.  I did not move.  I was

13   stationary from the very beginning of him walking back

14   towards us, making the statement about you're all under

15   arrest.  And then he continued walking toward me, but

16   he walked past me because there was room to pass me on

17   the sidewalk, the public sidewalk.

18   Q   And those motions and those statements by

19   Sergeant Pope, are those part of the videos that you

20   maintain?

21   A   Yes.

1   Q   After Sergeant Pope walked past you for the
2   second time I believe, what did he do next?
3   A   He began to repeat his order that everyone
4   had to move into Lawyer's Mall.  And he stepped toward
5   me.  And I could see in the camera frame that he had
6   taken out his handcuffs and raised them high above
7   shoulder height, approximately head height.  I think he
8   was holding his handcuffs in his right hand as he
9   stepped toward me.  I still maintained my position
10  where I was standing.
11  Q   And what was the warning that Sergeant Pope
12  stated?
13  A   Everyone had to move into Lawyer's Mall.
14  Q   Did he indicate that he was  - that if you
15  didn't move that you would be subject to arrest?
16  A   Yes.  At that point I think I had attempted
17  to speak and he interrupted me and he said  - I'm
18  paraphrasing -- if you don't move, I'm going to place
19  you under arrest.
20  Q   And was that statement also part of one of
21  your video recordings?

1      A     I saw Sergeant Pope holding the handcuffs
2  that he appeared to take from his own duty belt, held
3  them up head high, apparently to display them to me.
4  And then when he said you're under arrest he brought
5  those handcuffs to me and began shackling me with the
6  handcuffs he was holding.
7      Q     Okay.  Did he place your hands behind your
8  back or did you do that?
9      A     Both hands were grabbed and were twisted in
10 different directions.  Instead of my arms laying flat
11 behind me, my arms were contorted.  Each  - I recall
12 each of the hands were  - my hands were crossed over
13 and going in different directions.  Contorted from the
14 way they would be normally.
15     Q     But behind your back?
16     A     Yeah.  I could feel the way my hands were
17 arranged behind my back.  I recall I had one hand up
18 and one hand down.  They weren't symmetrical.
19     Q     Were you read your rights upon being
20 arrested?
21     A     I don't recall they were read.  He appeared

1  to be speaking them to me from memory.

2       Q   Okay.  They were spoken out loud to you?

3       A   Yes.

4       Q   Who spoke them out loud to you?

5       A   Sergeant Pope.

6       Q   And how were you transported to Annapolis

7  City Police Precinct building?

8       A   After the handcuffs were placed on me

9  extremely tightly, painfully tight, my arms were still

10 contorted behind me, and Sergeant Pope lead me over to

11 the corner of the patrol vehicle, opened the rear door

12 on the passenger's side, and he placed me in the

13 vehicle.  He had some difficulty in attaching my

14 seatbelt.  He reached over with the seatbelt stretching

15 out, attempting to belt me in, but he couldn't seem to

16 reach the buckle.  At that point Sergeant Pope drove

17 his shoulder into my chest and upper body to drive me

18 backwards in the seat, to gain, I assume, more space in

19 which to reach the buckle.

20      Q   And were you secured by the seatbelt?

21      A   Eventually.  He compressed his body weight

1  against me to hold me back against the seat.  I cried

2  out in pain because my hands still contorted behind me

3  at the small of my back made a fulcrum.  There was a

4  space for my upper back which I was bent backwards by

5  the force of his body weight against me.  And it hurt

6  so much I cried out involuntarily.

7       Q    And did you ask to have any of the seatbelt

8  or handcuffs adjusted?

9       A    At that point he pressed me against the seat,

10 and he buckled me in and shut the door.

11      Q    Did you say anything to Sergeant Pope in that

12 process?

13      A    No.  He was not in the vehicle at that point.

14      Q    Did you  - so this was Sergeant Pope's

15 vehicle as far as you knew?

16      A    I have no idea.  It was a transport vehicle,

17 a police transport vehicle.

18      Q    Did Sergeant Pope drive it over to --

19      A    Yes.

20      Q    Okay.  So when you were in transport to

21 Annapolis City Police was there anyone in the vehicle

1  aside from you and Sergeant Pope?

2      A    No.

3      Q    Did you have any communication between one

4  another in that transport time?

5      A    No.

6      Q    And how long did that transportation last?

7      A    It was several minutes.  I was driven to the

8  Annapolis City Police Precinct.

9      Q    And how were you removed from Sergeant Pope's

10 vehicle?

11     A    Sergeant Pope pulled up to the rear of the

12 precinct.  And there was a caged area, I recall, at the

13 back of the precinct that had a moveable fence that was

14 opened in a motorized fashion.  And he apparently

15 demanded that the fenced in area be opened so that he

16 could drive the patrol vehicle into the enclosure and

17 close the fence before I was taken inside from the

18 vehicle.  But we waited a considerable time because the

19 gate wasn't open, and there wasn't anyone there to open

20 the gate.  I recall, I think he left the vehicle and

21 attempted to find someone to open the gate.  I'm still

1  in pain because my handcuffs are so tight that my hands
2  are falling asleep.  My back still hurts, and I'm
3  crushed against my own hands because the seatbelt is
4  tight as it could be.  It was actually under tremendous
5  tension because it had been stretched to the maximum.
6  So I'm waiting for Sergeant Pope to find someone to
7  open the enclosure.  And this took, I don't recall how
8  long, it was several minutes.  He might have even had
9  to go to another entrance on the side of the building,
10 leaving me there, waiting for someone to open that
11 enclosure.
12      Q    And did Sergeant Pope remove you from the
13 vehicle eventually or did someone else do that?
14      A    Eventually the gate was open and he drove
15 into the enclosure.  And I remember there were other
16 officers on the scene who were openly laughing and
17 saying, you know, you just could have brought him in
18 the side door.  And they seemed to be ribbing him about
19 taking the extra caution of using the fenced in
20 enclosure to unload me.  I gathered they were teasing
21 him about kind of an overkill.  Why didn't you just

1  simply take him out and bring him in the door that was

2  next to the fenced in area.

3      Q    And what  - the officers who were chiding

4  Sergeant Pope in your understanding, where  - what were

5  their, what was their assignment?

6      A    I think they were Annapolis City Police that

7  came out in response to his searching for someone to

8  open a door.  And I think they came out the door that

9  they were suggesting he use, but he  - my recollection

10 is he demanded the use of that caged area as an

11 unloading area, that he wanted to be in there, open the

12 gate, close the gate, and conduct the transfer from me

13 to the police car into the precinct.

14     Q    Do you know if that's proper procedure under

15 Annapolis City Police protocol?

16     A    I don't.  I just gathered from the way the

17 other police officers were talking, that it simply

18 wasn't necessary.

19     Q    What happened after you were taken out of the

20 vehicle

21     A    I recall being led,  - my memories are not

1  distinct, through a series of rooms, before being taken

2  to a windowless room and sat on a steel bench.

3      Q    Was that the same bench where your brother

4  was located?

5      A    Eventually we were sitting together on the

6  same bench.

7      Q    And how long were you at the bench?

8      A    We were handcuffed to the bench I think for

9  about an hour and forty-five minutes, as I recall.

10     Q    And how do you determine that time period?

11     A    It was my recollection upon leaving, because

12 I didn't know how much time had passed.  I have a

13 recollection of calculating that we had been there

14 about an hour and forty-five minutes, based on checking

15 the time later.

16     Q    Were you released after you received and

17 signed citations?

18     A    Eventually.  That  - it took a while because

19 he did not seem to know what the charges were?

20     Q    Oh, you could see him while you were on the

21 bench?