IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFF HULBERT, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Case No. 1:18-CV-00461-SAG |
| SGT. BRIAN T. POPE, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Consent Motion to Extend Time for Filing Reply Memorandum, it is this _____ day of _____ 2021, by the United States District Court for the District of Maryland,

**ORDERED** that the Consent Motion to Extend Time for Filing Reply Memorandum be, and it is hereby **GRANTED**; and it is further

**ORDERED** that Defendants shall file a Reply Memorandum in support of the Motion for Summary Judgment on or before March 17, 2021.

_____
Judge, United States District Court for the District of Maryland

cc:   All parties and counsel of record