# TABLE OF EXHIBITS
## (Supplement)

| Exhibit | Description |
|---|---|
| Y | Deposition of Rebecca Labs (Supplemental) |
| Z | Deposition of Dennis Donaldson (Supplemental) |
| AA | Deposition of Lakisha Wesby (Supplemental) |
| BB | Deposition of Lt. Governor Boyd Rutherford |
| CC | Cleaner Copy of Exhibit Q (missing first email from August 20, 2019) |
| DD | Registration for The Patriot Picket |
| EE | Registration for Patriot Picket Gear |

The Reply Memorandum also includes the follow link to the audio of the call from a Maryland State Police officer who was assigned to the governor's mansion in Annapolis to the Maryland Capitol Police dispatcher:

**https://apps.oag.state.md.us/Recorded_05-Feb-2018.mp3**