```
 1           IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MARYLAND

 3    JEFF HULBERT, et al,         :

 4              Plaintiffs,        :   Civil Case No.

 5              vs.                :   1:18-cv-02317 GLR

 6    SGT. BRIAN T. POPE, et al,   :

 7              Defendants.        :

 8                            - - - - - -

 9           DEPOSITION of CAPTAIN REBECCA LABS

10                   Baltimore, Maryland

11                Tuesday, October 22, 2019

12                       10:06 A.M.

13

14

15

16    Job No:  41756

17    Pages 1 - 196

18    Reported by:  Barbara A. Conner

19

20                                              EXHIBIT Y

21
```

Deposition of Captain Rebecca Labs  
Case 1:18-cv-00461-SAG   Document 87-2   Filed 03/05/21   Page 2 of 8  
Jeff Hulbert, et al. v. Sgt. Brian T. Pope, et al.

```
 1           Deposition of CAPTAIN REBECCA LABS, held at
 2   the offices of:
 3
 4           HANSEL LAW, P.C.
 5           2514 North Charles Street
 6           Baltimore, Maryland  21218
 7           (301) 461-1040
 8
 9           Pursuant to Notice, before Barbara A. Conner,
10   Notary Public of the State of Maryland.
11
12
13
14
15
16
17
18
19
20
21
```

```
 1                A P P E A R A N C E S

 2

 3   ON BEHALF OF THE PLAINTIFFS:

 4           CARY HANSEL, ESQUIRE

 5           HANSEL LAW, P.C.

 6           2514 North Charles Street

 7           Baltimore, Maryland  21218

 8           (301) 461-1040

 9

10

11   ON BEHALF OF THE DEFENDANTS:

12           JOHN C. FREDRICKSON, ESQUIRE

13           ROBERT A. MCFARLAND, ESQUIRE

14           OFFICES OF THE ATTORNEY GENERAL

15           DEPARTMENT OF GENERAL SERVICES

16           300 West Preston Street

17           Room 608

18           Baltimore, Maryland  21201

19           (410) 767-1825

20

21
```

Deposition of Captain Rebecca Labs — Jeff Hulbert, et al. v. Sgt. Brian T. Pope, et al.

Case 1:18-cv-00461-SAG   Document 87-2   Filed 03/05/21   Page 4 of 8

```
 1                    P R O C E E D I N G S
 2                    CAPTAIN REBECCA LABS,
 3       having been duly sworn, testified as follows:
 4           EXAMINATION BY COUNSEL FOR PLAINTIFFS
 5  BY MR. HANSEL:
 6       Q    Thank you for your time here today.  We met
 7  off the record, but my name is Cary Hansel.  I'm going
 8  to be taking your deposition today and I'm going to go
 9  over some ground rules before we get started.  I know
10  you're well represented by capable lawyers here and
11  that, as a result, some of these are kind going to be
12  familiar to you, these ground rules.
13       A    Okay.
14       Q    But please bear with me, it will keep me in
15  practice and will also make sure you and are on the same
16  page.  Okay?
17            Most of the ground rules center around the
18  fact that this woman to my right here, your left, is
19  doing her level best to take down everything that both
20  of us says, and it has to do with the fact that you're
21  under oath, so we have a sort of a shared interest in
```

1  A     Okay.

2  Q     Does that sound good?

3  A     Yes.

4        (Playing recording.)

5  Q     So, you heard the call just then, I played it
6  for you, is that right?

7  A     Yes.

8  Q     That was the same call you heard back in
9  February of 2018?

10 A     Sounds like it.

11 Q     Now, what I heard, and, here, listen again,
12 what I heard was that he said "there's a couple people."
13 So, again, the court reporter knows she doesn't have to
14 type whenever I'm playing this, but listen in the
15 beginning and see if you agree.

16       (Playing recording.)

17 Q     Now, did you hear him on the tape, he says,
18 "Now there's some," and then he corrects himself and
19 says, "A couple people out at College Avenue and Lawyers
20 Mall"?

21 A     I believe that's what I heard, yes.

```
 1   received again at 4:30, or thereabouts, on February 6,
 2   is that right?
 3        A    Yes.
 4             MR. HANSEL:  All right, good.  Let me take
 5   one three minute break and then we'll be back and I
 6   think that's it.
 7        A    Okay.
 8             (Recess.)
 9             MR. HANSEL:  I have no further questions.
10             MR. FREDRICKSON:  We'll read and sign.
11             (Signature not waived.)
12             (Deposition concluded at 1:41 P.M.)
13
14
15
16
17
18
19
20
21
```

Office (410) 821-4888
CRC Salomon, Inc.
2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com
Facsimile (410) 821-4889
Page: 193

Deposition of Captain Rebecca Labs — Jeff Hulbert, et al. v. Sgt. Brian T. Pope, et al.

Case 1:18-cv-00461-SAG   Document 87-2   Filed 03/05/21   Page 7 of 8

```
 1            ACKNOWLEDGMENT OF DEPONENT

 2         I, CAPTAIN REBECCA LABS, do hereby

 3   acknowledge that I have read and examined the foregoing

 4   testimony and the same is a true, correct and complete

 5   transcription of the testimony given by me and any

 6   corrections appear on the attached errata sheet signed

 7   by me.

 8

 9   _____        _____

10           (DATE)                               (SIGNATURE)
```

**Office (410) 821-4888**
**CRC Salomon, Inc.**
2201 Old Court Road, Baltimore, MD 21208
www.crcsalomon.com - info@crcsalomon.com
**Facsimile (410) 821-4889**
**Page: 194**

Deposition of Captain Rebecca Laos                                    Jeff Hulbert, et al. v. Sgt. Brian T. Pope, et al.

Case 1:18-cv-00461-SAG   Document 87-2   Filed 03/05/21   Page 8 of 8

```
 1   CERTIFICATE OF NOTARY PUBLIC

 2              I, Barbara A. Conner, Registered Professional

 3   Reporter, the officer before whom the foregoing

 4   proceedings were taken, do hereby certify that the

 5   foregoing transcript is a true and correct record of the

 6   proceedings; that said proceedings were taken by me

 7   stenographically and thereafter reduced to typewriting

 8   under my supervision; and that I am neither counsel for,

 9   related to, nor employed by any of the parties to this

10   case and have no interest, financial or otherwise, in

11   its outcome.

12              IN WITNESS WHEREOF, I have hereunto set my

13   hand and affixed my notarial seal this 6th day of

14   November 2019.

15

16   My commission expires:

17   January 11, 2020

18

19   _____

20           NOTARY PUBLIC

21
```