```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF MARYLAND

 3

 4   JEFF HULBERT, et al.,

 5            Plaintiffs

 6       vs.                              Civil Action No.

 7   SGT. BRIAN T. POPE, et al.,          1:18-CV-02317 GLR

 8            Defendants

 9   _____/

10

11            The deposition of DENNIS CLIFTON DONALDSON,

12   JR., was held on Monday, October 21, 2019, commencing

13   at 12:51 p.m., at the Law Offices of Hansel Law P.C.,

14   2514 North Charles Street, Baltimore, Maryland 21218,

15   before R. Dwayne Harrison, a Notary Public.

16

17

18

19                                              EXHIBIT Z

20

21   REPORTED BY: R. Dwayne Harrison
```

```
 1   APPEARANCES:

 2       ON BEHALF OF PLAINTIFFS

 3       CARY J. HANSEL, ESQUIRE

 4       ASHTON ZYLSTRA, ESQUIRE

 5           Hansel Law, P.C.

 6           2514 North Charles Street

 7           Baltimore, Maryland 21218

 8           Telephone:  301.461.1040

 9           Email:   cary@hansellaw.com

10           Email:   azylstra@hansellaw.com

11

12

13

14

15

16

17

18

19

20

21   (appearances CONT.)
```

```
 1   (APPEARANCES CONT.)

 2       ON BEHALF OF DEFENDANTS

 3       JOHN C. FREDRICKSON, ESQUIRE

 4       ROBERT A. MCFARLAND, ESQUIRE

 5           Office of the Attorney General

 6           200 St. Paul Place

 7           St. Paul Plaza - 20th Floor

 8           Baltimore, Maryland  21202

 9           Telephone:  410.576.6300

10           Email:  john.fredrickson@maryland.gov

11           Email:  robert.mcfarland@maryland.gov

12

13

14

15

16

17

18

19

20

21
```

```
 1                             INDEX

 2          Deposition of DENNIS CLIFTON DONALDSON, JR.

 3                       October 21st, 2019

 4

 5    Examination by:                                    Page

 6    Mr. Hansel                                            5

 7    Mr. McFarland                                       153

 8

 9    Exhibit No.                                       Marked

10    [none marked]

11

12

13

14

15

16

17

18

19

20

21
```

1       P-R-O-C-E-E-D-I-N-G-S

2            - - - - - - -

3   Whereupon,

4            DENNIS CLIFTON DONALDSON, JR.,

5   called as a witness, having been first duly sworn to

6   tell the truth, the whole truth, and nothing but the

7   truth, was examined and testified as follows:

8            EXAMINATION BY MR. HANSEL:

9     Q      Fantastic.  Lieutenant, thank you very much

10  for your time here today.  My name is Cary Hansel.  We

11  met off the record.

12           I'm going to go over just a couple of

13  ground rules first.  I happen to know you're very well

14  advised by competent counsel.  So this is probably

15  going to be old news.  You may have been in this

16  setting before.  I don't think we've had the pleasure,

17  but you may have in your career.

18           So, as a result, you may know a lot of what

19  I'm going to tell you, but it will keep me in practice

20  and make sure we're on the same page.

21           The principle thing to keep in mind is this

1  Q   Yeah. You've heard it as of today, haven't

2  you?

3  **A   I'm not sure I heard it.**

4  Q   Ever?

5  **A   I don't recall.**

6  Q   Okay. All right. You want to hear it?

7  I've got it. Let's hear it real quick. See if it just

8  jogs your memory.

9      [An audio recording was played for the

10  witness.]

11      So in that call I'm hearing the officer at

12  the mansion, the trooper at the mansion say that

13  there's some concern about giving the lieutenant

14  governor a bunch of stuff for some reason.

15      Did you hear that?

16  **A   I heard it just now. Prior to this, no.**

17  Q   And so that gets to my next question.

18      Did Ms. Wesby make it clear to you that the

19  call had included a statement that the lieutenant

20  governor or his people didn't want him to interact in

21  some way with these protestors?

1  **it's a busy area.  There's always people walking on the**

2  **sidewalks and crossing the streets and things of that**

3  **nature.  A lot of traffic in that area also.**

4      Q      When you consulted with Sergeant Pope the

5  next day going over the charges, is it correct to say

6  that you advised that the charges that were made in the

7  second set of citations based on what Sergeant Pope

8  told you had occurred the night before?

9      **A      Yes, it was based on what he had said**

10 **before and I don't remember if anybody else had given**

11 **directions, hey, these are the ones you should use for**

12 **those incidents.  I don't recall, but pretty much just**

13 **basically based on what Sergeant Pope had stated.**

14            MR. MCFARLAND:  Okay.  I think that's it.

15            MR. HANSEL:  Nothing further.  Thank you,

16 sir.  I appreciate your time.

17            (Deposition was concluded at 3:53 p.m.)

1       CERTIFICATE OF DEPONENT

2

3       I hereby certify that I have read and

4  examined the foregoing transcript, and the same is a

5  true and accurate record of the testimony given by me.

6

7       Any additions or corrections that I feel

8  are necessary will be made on the Errata Sheet.

9

10

11

12      _____.

13      DENNIS CLIFTON DONALDSON, JR.

14

15

16

17

18      _____

19      DATE

20  (If needed, make additional copies of the Errata Sheet

21  on the next page or use a blank piece of paper.)

ERRATA SHEET

Case: Hulbert, et al. vs. Pope, et al.

Witness: DENNIS CLIFTON DONALDSON, JR.   Date: 10-21-19

PAGE/LINE            SHOULD READ            REASON FOR CHANGE

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

1  State of Maryland

2  City of Baltimore, to wit:

3           I, R. Dwayne Harrison, a Notary Public of

4  the State of Maryland, Baltimore City, do hereby

5  certify that the within-named witness personally

6  appeared before me at the time and place herein set

7  out, and after having been duly sworn by me, according

8  to law, was examined by counsel.

9           I further certify that the examination was

10 recorded stenographically by me and this transcript is

11 a true record of the proceedings.

12          I further certify that I am not of counsel

13 to any of the parties, nor in any way interested in the

14 outcome of this action.

15          As witness my hand and notarial seal this

16 4th day of November 2019.

17                                 _____

18                                 R. Dwayne Harrison

19                                 Notary Public

20 My Commission Expires:

21 September 15th, 2021