```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF MARYLAND

 3

 4   JEFF HULBERT, et al.,

 5           Plaintiffs

 6       vs.                              Civil Action No.

 7   SGT. BRIAN T. POPE, et al.,          1:18-CV-02317 GLR

 8           Defendants

 9   _____/

10

11              The deposition of LAKESHIA URICA WESBY was

12   held on Monday, October 21, 2019, commencing at 10:21

13   a.m., at the Law Offices of Hansel Law P.C., 2514 North

14   Charles Street, Baltimore, Maryland 21218,

15   before R. Dwayne Harrison, a Notary Public.

16

17

18

19                                               EXHIBIT AA

20

21   REPORTED BY: R. Dwayne Harrison
```

```
 1   APPEARANCES:

 2


 3        ON BEHALF OF PLAINTIFFS

 4        CARY J. HANSEL, ESQUIRE

 5        ASHTON ZYLSTRA, ESQUIRE

 6             Hansel Law, P.C.

 7             2514 North Charles Street

 8             Baltimore, Maryland 21218

 9             Telephone:  301.461.1040

10             Email:  cary@hansellaw.com

11             Email:  azylstra@hansellaw.com

12

13

14

15

16

17

18

19

20

21   (Appearances continued on next page)
```

```
 1   (APPEARANCES CONTINUED:

 2       ON BEHALF OF DEFENDANTS

 3       JOHN C. FREDRICKSON, ESQUIRE

 4       ROBERT A. MCFARLAND, ESQUIRE

 5          Office of the Attorney General

 6          200 St. Paul Place

 7          St. Paul Plaza - 20th Floor

 8          Baltimore, Maryland   21202

 9          Telephone:   410.576.6300

10          Email:   john.fredrickson@maryland.gov

11          Email:   robert.mcfarland@maryland.gov

12

13

14

15

16

17

18

19

20

21
```

```
 1                            INDEX

 2                 Deposition of LAKESIA URICA WESBY

 3                         October 21st, 2019

 4

 5    Examination by:                                        Page

 6    Mr. Hansel                                                5

 7

 8    Exhibit No.                                           Marked

 9    *Exhibit 1     CAD Notes                                87

10

11    [*Mr. Hansel retained exhibit.]
```

```
 1                      P-R-O-C-E-E-D-I-N-G-S

 2                            - - - - - - -

 3   Whereupon,

 4                       LAKESHIA URICA WESBY,

 5   called as a witness, having been first duly sworn to

 6   tell the truth, the whole truth, and nothing but the

 7   truth, was examined and testified as follows:

 8                   EXAMINATION BY MR. HANSEL:

 9        Q      All right.  Ma'am, it's a pleasure to meet

10   you.  We shook hands off the record briefly, but my

11   name is Cary Hansel.  You probably know I represent

12   Jeff and Kevin Hulbert in this matter.

13                I happen to know you have some very

14   talented lawyers here with you, a very good legal team,

15   and so most of what I'm about to tell you you've

16   probably already been told.  But I'm going to go over

17   the ground rules just to keep myself in practice.

18                Is that okay with you?

19        A      That's okay.

20        Q      Good.  The first one is this gentleman to

21   my right, your left, is going to do his level best to
```

1   just a second.

2           [Recording was played off the record.]

3   BY MR. HANSEL:

4       Q    Ma'am, we're back on the record.

5           When I was off, I played for you twice the

6   recording of the phone call.  I'm going to play it

7   third time now on the record and I think you told me

8   you had a fair chance to hear it the two times and were

9   comfortable to answer questions, but I'm going to play

10  it once more just to make certain.

11          Is that all fair and accurate?

12      **A    Okay.**

13          **[Recording played once again.]**

14      Q    Did you hear it there?  We just played it

15  on the record.

16      **A    Yes.**

17      Q    All right.  Good.

18          Now, earlier we talked about these calls

19  that you occasionally get from or on behalf of elected

20  officials with requests to -- because they don't want

21  to interact with people on or near Lawyers Mall to move

1  These gentlemen seated to your right may have some
2  questions.
3            MR. MCFARLAND:  No questions.
4            MR. FREDRICKSON:  No questions.  We'll
5  read.
6            (Deposition was concluded at 12:30 p.m)

CERTIFICATE OF DEPONENT

I hereby certify that I have read and examined the foregoing transcript, and the same is a true and accurate record of the testimony given by me.

Any additions or corrections that I feel are necessary will be made on the Errata Sheet.

_____
LAKESHIA URICA WESBY

_____
DATE

(If needed, make additional copies of the Errata Sheet on the next page or use a blank piece of paper.)

```
 1                        ERRATA SHEET

 2    Case: Hulbert, et al. vs. Pope, et al.

 3    Witness: LAKESHIA URICA WESBY              Date: 10-21-19

 4    PAGE/LINE            SHOULD READ           REASON FOR CHANGE

 5    _____

 6    _____

 7    _____

 8    _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____
```

1  State of Maryland

2  City of Baltimore, to wit:

3              I, R. Dwayne Harrison, a Notary Public of

4  the State of Maryland, Baltimore City, do hereby

5  certify that the within-named witness personally

6  appeared before me at the time and place herein set

7  out, and after having been duly sworn by me, according

8  to law, was examined by counsel.

9              I further certify that the examination was

10 recorded stenographically by me and this transcript is

11 a true record of the proceedings.

12             I further certify that I am not of counsel

13 to any of the parties, nor in any way interested in the

14 outcome of this action.

15             As witness my hand and notarial seal this

16 24th day of October 2019.

17                                   _____

18                                   R. Dwayne Harrison

19                                   Notary Public

20 My Commission Expires:

21 September 15th, 2021