## THE PATRIOT PICKET: T00441854

**Status:**

ACTIVE

**Owner:**

PAUL BROCKMAN
6014 RIVER BIRCH CT
HANOVER MD 21076

**Location:**

THE PATRIOT PICKET
6014 RIVER BIRCH CT
HANOVER MD 21076

**Expiration Date:**

02/23/2023

**EXHIBIT DD**

State of Maryland
**Department of Assessments and Taxation**
Charter Division

5000000001670677

## TRADE NAME APPLICATION

NON EXPEDITED FEE: **$25.00**
EXPEDITED FEE: ADDITIONAL **$50.00** | TOTAL EXPEDITED SERVICE: **$75.00**
(Make checks payable to Department of Assessments and Taxation)

1) **TRADE NAME** *(Only one trade name may appear on this line)*:
The Patriot Picket

2) **STREET ADDRESS(ES) WHERE NAME IS USED:**
6014 River Birch Ct
CITY: Hanover   STATE: Maryland   ZIP: 21076
Post office box number is only accepted when part of the physical address.

3) **FULL LEGAL NAME OF OWNER OF BUSINESS OR INDIVIDUAL USING THE TRADE NAME:**
Paul Brockman

4) **PERSONAL PROPERTY ACCOUNT (L) NUMBER** *(if applicable)*:

5) **ADDRESS OF OWNER:**
6014 River Birch Ct
CITY: Hanover   STATE: Maryland   ZIP: 21076
Post office box number is only accepted when part of the physical address.

6) **DESCRIPTION OF BUSINESS:**
Defend liberty and the Second Amendment.

I affirm and acknowledge under penalties of perjury that the foregoing is true and correct to the best of my knowledge.

Paul Brockman
_____   _____
SIGNATURE OF OWNER      (AUTHORIZED TITLE)   SIGNATURE OF OWNER      (AUTHORIZED TITLE)

_____   _____
SIGNATURE OF OWNER      (AUTHORIZED TITLE)   SIGNATURE OF OWNER      (AUTHORIZED TITLE)

Room 801—301 West Preston Street-Baltimore, Maryland 21201
Phone: (410) 767-1350 - Fax: (410) 333-7097 – TTY Users call Maryland Relay
1-800-735-2258 Toll Free in MD: 1-888-246-5941 – website: http://www.dat.maryland.gov

*rev. 6/11*