## PATRIOT PICKET GEAR: T00471387

**Status:**

ACTIVE

**Owner:**

BILL OF RIGHTS MATTER, LLC
PAUL BROCKMAN
6014 RIVER BIRCH CT
HANOVER MD 21076

**Location:**

PATRIOT PICKET GEAR
6014 RIVER BIRCH CT
HANOVER MD 21076

**Expiration Date:**

09/21/2024

EXHIBIT EE

# Trade Name Application

(1) Trade Name *(only one Trade Name may appear here)*:

  Patriot Picket Gear  (T00471387)

(2) Street address(es) where name is used *(P.O. Box number is only accepted when part of the physical address)*:

  6014  River Birch CT
  Hanover, MD 21076

(3) Full Legal Name of Owner of Business or Individual Using the Trade Name:

  Bill of Rights Matter, LLC

(4) Department ID *(if applicable)*:

  W19965615

(5) Address of Owner *(P.O. Box number is only accepted when part of the physical address)*:

  6014  River Birch CT
  Hanover, MD 21076

(6) Description of Business:

  Sales of patriotic themed clothing and apparel and all lawful purposes.

I affirm and acknowledge under penalties of perjury that the foregoing is true and correct to the best of my knowledge.

Signature(s) of Owner(s):

Paul Brockman, Member



Maryland State Department of Assessments & Taxation          301 West Preston Street, Baltimore, Maryland 21201-2395

SDATTN.1