# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JEFF HULBERT,** *et al.,* | * |
| | * |
|     **Plaintiffs,** | * |
| | * |
| v. | *    **Civil Case No. SAG-18-00461** |
| | * |
| **SGT. BRIAN T. POPE,** *et al.,* | * |
| | * |
|     **Defendants.** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 22nd day of April, 2021, hereby **ORDERED** that Defendants' Motion for Summary Judgment ("the motion"), ECF 76, is **GRANTED** as to all claims against Col. Wilson and **GRANTED** entirely as to Counts V, VI, VII, VIII, IX, and X.  It is further ordered that the motion is **GRANTED** as to all claims for punitive damages and **GRANTED IN PART** as to the claims in Count III relating to the charges filed on the day after the arrest.  Finally, it is further ordered that the motion is **DENIED** as to the remaining claims against Sgt. Pope in Counts I, II, III, and IV.

Dated:  April 22, 2021                                                                                                         /s/
                                                                                                                                         Stephanie A. Gallagher
                                                                                                                                         United States District Judge