UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812

April 28, 2021

LETTER TO COUNSEL

RE: Hulbert, et al. v. Pope, et al.
Civil No. SAG-18-461

Dear Counsel,

This will confirm the results of today's telephone conference.

A scheduling/status conference call has been set for Friday, June 11, 2021 at 9:30 a.m. Counsel should call in to the conference using the following numbers:

USA Toll-Free: 877-336-1280
Access Code: 8324569

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge