FILED: May 24, 2021

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 21-1608

(1:18-cv-00461-SAG)

_____

JEFF HULBERT; KEVIN HULBERT; MARYLAND SHALL ISSUE, INC., for itself and its members

   Plaintiffs - Appellees

v.

BRIAN T. POPE, Sgt.

   Defendant - Appellant

and

MICHAEL WILSON, Colonel

   Defendant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:18-cv-00461-SAG |
| Date notice of appeal filed in originating court: | 05/20/2021 |
| Appellant(s) | Brian T. Pope |
| Appellate Case Number | 21-1608 |

| Case Manager | Rachel J Lee<br>804-916-2702 |