UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>STEPHANIE A. GALLAGHER<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-7780<br>Fax (410) 962-1812 |

June 21, 2021

LETTER ORDER

RE: Hulbert, et al. v. Pope, et al.
Civil No. SAG-18-461

Dear Counsel,

In light of the Notice of Interlocutory Appeal filed by Defendant Brian Pope, this case is hereby STAYED pending the outcome of the appeal.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge