IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jeff Hulbert, *et al*.

    *Plaintiffs*,

v.                                       Civil No.: 1:18-CV-00461-SAG

Sgt. Brian Pope, *et al*.

    *Defendants*.

## ORDER

Upon consideration of the Defendants' Motion for Reconsideration, Plaintiffs' opposition thereto, and any reply and/or hearing held in open Court, it is this _____ day of _____, 2021, hereby

**ORDERED**, that Defendants' Motion for Reconsideration in this matter be and is hereby **DENIED**, in its entirety.

_____
Judge, United States District Court
for the District of Maryland