IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JEFF HULBERT, et al.,** | \* |
| **Plaintiffs,** | \* |
| v. | \* Civil Case No. SAG-18-00461 |
| **SGT. BRIAN T. POPE, et al.,** | \* |
| **Defendants.** | \* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 6th day of October, 2021, ORDERED that Defendant Sgt. Pope's Motion for Reconsideration, ECF 91, is DENIED. It is further ordered that Defendant Sgt. Pope's Motion for Leave to File Electronic Video File in Physical Format, ECF 93, is DENIED as moot.

_____/s/_____
Stephanie A. Gallagher
United States District Judge