# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | |
|---|---|---|
| JEFF HULBERT, *et al.*, <br>    Plaintiffs, <br><br> v. <br><br> SGT. BRIAN T. POPE, *et al.*, <br>    Defendants. | * <br><br> * <br><br> * <br><br> * | <br><br><br><br> Case No. 1:18-CV-00461-SAG |

\* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED NOTICE OF INTERLOCUTORY APPEAL

Defendant Sgt. Brian T. Pope, by undersigned counsel, submits this Amended Notice of Interlocutory Appeal from this Court's October 6, 2021 memorandum opinion and order, ECF Nos. 103, 104, denying Sgt. Pope's Motion for Reconsideration, ECF No. 91. This amended notice is being filed to incorporate the appeal from the October 6, 2021 ruling with the pending appeal from this Court's April 22, 2021 memorandum opinion and order, ECF Nos. 88, 89, which is docketed as Fourth Circuit No. 21-1608.

                                                 Respectfully submitted,

                                                 BRIAN E. FROSH
                                                 Attorney General of Maryland

                                                 /s/ James N. Lewis
                                                 _____
                                                 James N. Lewis
                                                 Fed. Bar No. 30220
                                                 Assistant Attorney General
                                                 200 Saint Paul Place, 20th Floor
                                                 Baltimore, Maryland 21202
                                                 jlewis@oag.state.md.us
                                                 (410) 576-7005
                                                 (410) 576-6955 (facsimile)

October 20, 2021                              Attorneys for Defendant
                                                 Sgt. Brian T. Pope

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of October 2021, a copy of the foregoing Amended Notice of Interlocutory Appeal was served electronically via CM/ECF to:

Cary Johnson Hansel, III, Esquire
Federal Bar No. 14722
cary@hansellaw.com

Erienne Sutherell, Esquire
Federal Bar No. 20095
esutherell@hansellaw.com

Justin Stefanon, Esquire
Federal Bar No. 20087
jstefanon@hansellaw.com

HANSEL LAW, P.C.
2514 North Charles Street
Baltimore, Maryland 21218

Attorneys for Plaintiffs


John C. Fredrickson, Esquire
Federal Bar No. 02566
john.fredrickson@maryland.gov

OFFICE OF THE ATTORNEY GENERAL
Department of General Services
300 West Preston Street, Suite 608
Baltimore, Maryland 21201

Attorneys for Former Defendant Col. Michael Wilson


/s/ James N. Lewis
_____
James N. Lewis