**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>**Fax (410) 962-1812**<br>**MDD_SAGchambers@mdd.uscourts.gov** |

July 28, 2023

LETTER ORDER

    Re:  Hulbert, et al. v. Pope, et al.
          Civil Case No. 18-cv-00461-SAG

Dear Counsel:

    This is to confirm that a teleconference has been scheduled for Wednesday, August 2, 2023 at 11:30 a.m.  Counsel may call into the conference using the following numbers:

        877-336-1280
        Access Code: 8324569

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                      Sincerely yours,

                                      /s/

                                    Stephanie A. Gallagher
                                    United States District Judge